1   KEITH L. SLENKOVICH, CA BAR NO. 129793
    kslenkovich@thelen.com
2   TOMOMI HARKEY, CA BAR NO. 244886
    tharkey@thelen.com
3   **THELEN REID BROWN RAYSMAN & STEINER LLP**
    225 West Santa Clara Street, Suite 1200
4   San Jose, CA 95113
5   Telephone: (408) 292–5800
    Facsimile: (408) 287–8040
6
    Attorneys for Plaintiff
7   I-many, Inc.

8

9

10              UNITED STATES DISTRICT COURT

11

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  I-MANY, INC.,
    a Delaware corporation,
15
            Plaintiff,                    **COMPLAINT FOR TRADEMARK**
16                                        **INFRINGEMENT, DILUTION, AND**
        vs.                               **UNFAIR COMPETITION**
17
    MODEL N, INC.,
18  a Delaware corporation,
                                          **DEMAND FOR JURY TRIAL**
19          Defendant.

20

21

22

23

24

25

26

27

28

1      Plaintiff I-MANY, INC. by their attorneys, for their Complaint for damages and for

2 injunctive relief against Defendant MODEL N, INC., allege as follows:

3

4                            **PARTIES**

5     1.     Plaintiff I-many, Inc. ("I-many") is a Delaware corporation having its principal

6 place of business at 399 Thornall Street, 12th Floor, Edison, NJ 08837.

7     2.     On information and belief, defendant Model N, Inc. ("Model N") is a Delaware

8 corporation having its principal place of business at 1800 Bridge Parkway, Redwood Shores, CA

9 94065.

10

11                   **JURISDICTION AND VENUE**

12     3.     This is an action for trademark infringement, dilution, and unfair competition,

13 arising under the laws of the United States (15 U.S.C. §1114, §1117-8, and §1125) and under the

14 laws of the State of California.

15     4.     This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1116, §1121, and

16 28 U.S.C. §1338.  This Court has supplemental jurisdiction over state claims in this action under

17 28 U.S.C. §1367(a).

18     5.     This Court has personal jurisdiction over Model N because Model N resides, is

19 domiciled, and/or transacts business in the State of California and within this district and Model

20 N's acts described herein are directed toward the State of California and this district and have

21 caused I-many's injuries alleged herein.

22     6.     Venue in this district is proper pursuant to 28 U.S.C. §1391(b) and (c) because

23 Model N resides in this district, this action arises out of the activities of Model N within this

24 district, and Model N is subject to personal jurisdiction in this district.

25

26

27

28

## I-MANY'S VALUABLE MARKS

7.    Since 1989, I-many has been in the business of providing software and related services to manage contract and transaction compliance for life sciences companies, among other products, and is currently viewed as a leader in this field.

8.    Through its systems, I-many has provided software to over 280 customers worldwide in a wide variety of industries.

9.    I-many has been using the name "I-MANY" in commerce since 2000. "I-MANY" is the registered corporate name of I-many, Inc. and the name used in all of I-many's legal documents.

10.    I-many has been marketing and selling contract and transaction compliance management systems using the "IMANY" trademark continuously throughout the United States and internationally since at least as early as March 17, 2000.

11.    I-many owns Registration No. 2,459,331 on the Principal Register of the United States Patent and Trademark Office for the IMANY trademark for "computer software to create, manage, and monitor performance of complex contract purchasing arrangements to facilitate business-to-business e-commerce." This was filed on December 2, 1999 and registered on June 12, 2001. A true and correct copy of this registration is appended as Exhibit A.

12.    I-many also owns Registration No. 2,535,589 on the Principal Register of the United States Patent and Trademark Office for a stylized IMANY trademark for "computer software to create, manage, and monitor performance of complex contract purchasing arrangements to facilitate business-to-business e-commerce." This was filed on February 10, 2000 and registered on February 5, 2002. A true and correct copy of this registration is appended as Exhibit B.

13.    I-many has been marketing and selling contract and transaction compliance management systems using the "IMANY" service mark continuously throughout the United States and internationally since at least as early as February 14, 2000.

14.    I-many owns Registration No. 2,601,852 on the Principal Register of the United States Patent and Trademark Office for the IMANY service mark for "computer services, namely,

1  computer consulting services for others; custom software design and implementation for others;

2  and providing application service provider services for others featuring software in the field of

3  contract purchasing arrangements to facilitate business-to-business e-commerce by allowing

4  customers to identify and manage specific contract terms and conditions and incentives, rebates,

5  and payment provision available." This was filed on December 2, 1999 and registered on July 30,

6  2002. A true and correct copy of this registration is appended as Exhibit C.

7      15.    I-many also owns Registration No. 2,516,486 on the Principal Register of the

8  United States Patent and Trademark Office for a stylized IMANY service mark for "computer

9  services, namely, computer consulting services for others; custom software design and

10 implementation for others; and providing application service provider services for others featuring

11 software in the field of contract purchasing arrangements to facilitate business-to-business e-

12 commerce by allowing customers to identify and manage specific contract terms and conditions

13 and incentives, rebates, and payment provision available." This was filed on February 10, 2000

14 and registered on December 11, 2001. A true and correct copy of this registration is appended as

15 Exhibit D.

16     16.    The registered "IMANY" trademarks and service marks and the common-law "I-

17 MANY" trademarks and service marks (collectively, the "I-many Marks") are inherently

18 distinctive symbols of I-many's products and services. Through continuous use for over seven

19 years, the I-many Marks have acquired substantial goodwill, have become a valuable asset as a

20 symbol of I-many's products and services, and have become well known throughout the United

21 States and internationally in the trade and among customers of contract and transaction

22 compliance management systems.

23     17.    Over the years, I-many has invested considerable resources in establishing the I-

24 many Marks in the minds of customers as a leader in providing contract and transaction

25 management systems.

26     18.    I-many markets directly to potential customers using the internet and its website at

27 www.imany.com. A significant amount of marketing of I-many's products are conducted over the

28 internet.

1    19.    By virtue of its prior use and registration of the I-many Marks, I-many is the senior

2    owner of all right, title, and interest in the I-many Marks.

3

4    **MODEL N'S UNAUTHORIZED USE OF THE I-MANY MARKS**

5    20.    On information and belief, since 1999, Model N has been in direct competition

6    with I-many, providing software and related services to manage contract and transaction

7    compliance for life sciences companies, among other products.

8    21.    On information and belief, Model N has purchased certain advertisements from the

9    **google.com** internet search engine that incorporate the I-many Marks, with full knowledge of I-

10   many's superior rights to the use of the I-many Marks.  When a user enters the term "I-many" or

11   "Imany" in the Google search engine, the so-called "Sponsored Link" depicted below appears, or

12   has appeared, as the first search result:

13   **I-many**                                                    Sponsored Link
     www.ModelN.com        Gain Revenue Lifecycle Visibility Optimize Pricing Processes
14
15   This Sponsored Link not only appears prominently when users type in I-many's trademark and

16   service mark, but the text of the link reads "I-many."  When a user clicks on the term "I-many" in

     the Google Sponsored Link, the user is taken directly to Model N's web page advertising Model
17
     N's products as shown in Exhibit E hereto.  A true and correct copy of a printout of the first page
18
     of the Google results for this search is appended as Exhibit F.
19
     22.    On information and belief, Model N has purchased certain advertisements from the
20
     **alexa.com** internet search engine that incorporate the I-many Marks, with full knowledge of I-
21
     many's superior rights to the use of the I-many Marks.  When a user enters the term "I-many" or
22
     "Imany" in the alexa.com internet search engine, the "Sponsored Link" depicted below appears, or
23
     has appeared, as the first search result:
24
     **I-many**                                                    Sponsored Link
25   Gain Revenue Lifecycle Visibility Optimize Pricing Processes
     www.ModelN.com
26
     This Sponsored Link not only appears prominently when users type in I-many's trademark and
27
     service mark, but the text of the link reads "I-many."  When a user clicks on the term "I-many" in
28

1  this Sponsored Link, the user is taken directly to Model N's web page advertising Model N's

2  products. A true and correct copy of a printout of the first page of the alexa.com results for this

3  search is appended as Exhibit G.

4       23.     On information and belief, Model N has purchased certain advertisements from the

5  **ask.com** internet search engine that incorporate the I-many Marks, with full knowledge of I-

6  many's superior rights to the use of the I-many Marks. When a user enters the term "I-many" or

7  "Imany" in the ask.com internet search engine, the "Sponsored Result" depicted below appears, or

8  has appeared, as the first search result:

9      **I-many**                          Sponsored Results
       Gain Revenue Lifecycle Visibility Optimize Pricing Processes
10      www.ModelN.com

11  This Sponsored Result not only appears prominently when users type in I-many's trademark and

12  service mark, but the text of the link reads "I-many." When a user clicks on the term "I-many" in

13  this Sponsored Result, the user is taken directly to Model N's web page advertising Model N's

14  products. A true and correct copy of a printout of the first page of the ask.com results for this

15  search is appended as Exhibit H.

16       24.     On information and belief, Model N has purchased certain advertisements from the

17  **info.com** internet search engine that incorporate the I-many Marks, with full knowledge of I-

18  many's superior rights to the use of the I-many Marks. When a user enters the term "I-many" or

19  "Imany" in the info.com internet search engine, the "Sponsored Result" depicted below appears,

20  or has appeared, as the first search result in the Sponsored Results listings:

21      Sponsored Results
       **I-many**
22      Gain Revenue Lifecycle Visibility Optimize Pricing Processes
       http://www.ModelN.com
23

24  This Sponsored Result not only appears prominently when users type in I-many's trademark and

   service mark, but the text of the link reads "I-many." When a user clicks on the term "I-many" in
25
   this Sponsored Result, the user is taken directly to Model N's web page advertising Model N's
26
   products. A true and correct copy of a printout of the first page of the info.com results for this
27
   search is appended as Exhibit I.
28

1     25.     On information and belief, Model N has purchased certain advertisements from the

2   **lycos.com** internet search engine that incorporate the I-many Marks, with full knowledge of I-

3   many's superior rights to the use of the I-many Marks.  When a user enters the term "I-many" or

4   "Imany" in the lycos.com internet search engine, the "Sponsored Link" depicted below appears, or

5   has appeared, as the first search result:

6       SPONSORED LINKS

7       **I-many** – www.ModelN.com
        Gain Revenue Lifecycle Visibility Optimize Pricing Processes

8   This Sponsored Link not only appears prominently when users type in I-many's trademark and

9   servicemark, but the text of the link reads "I-many."  When a user clicks on the term "I-many" in

10  this Sponsored Link, the user is taken directly to Model N's web page advertising Model N's

11  products.  A true and correct copy of a printout of the first page of the lycos.com results for this

12  search is appended as Exhibit J.

13      26.     On information and belief, Model N has purchased certain advertisements from the

14  **mamma.com** internet search engine that incorporate the I-many Marks, with full knowledge of I-

15  many's superior rights to the use of the I-many Marks.  When a user enters the term "I-many" or

16  "Imany" in the mamma.com internet search engine, the "Sponsored Link" depicted below appears,

17  or has appeared, as the first search result:

18      SPONSORED LINKS

19
20      **I-many** - Gain Revenue Lifecycle Visibility Optimize Pricing Processes
        http://www.ModelN.com

21  This Sponsored Link not only appears prominently when users type in I-many's trademark and

22  service mark, but the text of the link reads "I-many."  When a user clicks on the term "I-many" in

23  this Sponsored Link, the user is taken directly to Model N's web page advertising Model N's

24  products.  A true and correct copy of a printout of the first page of the mamma.com results for this

25  search is appended as Exhibit K.

26      27.     On information and belief, Model N has purchased certain advertisements from the

27  **netscape.com** internet search engine that incorporate the I-many Marks, with full knowledge of I-

28  many's superior rights to the use of the I-many Marks.  When a user enters the term "I-many" or

1  "Imany" in the netscape.com internet search engine, the "Sponsored Link" depicted below

2  appears, or has appeared, as the first search result:

3  **I-many**                                                    Sponsored Links
   Gain Revenue Lifecycle Visibility Optimize Pricing Processes
4  www.ModelN.com

5  This Sponsored Link not only appears prominently when users type in I-many's trademark and

6  service mark, but the text of each such link reads "I-many."  When a user clicks on the term

7  "I-many" in this Sponsored Link, the user is taken directly to Model N's web page advertising

8  Model N's products.  A true and correct copy of a printout of the first page of the netscape.com

9  results for this search is appended as Exhibit L.

10       28.     On information and belief, Model N has purchased certain advertisements from the

11  **search.aol.com** internet search engine that incorporate the I-many Marks, with full knowledge of

12  I-many's superior rights to the use of the I-many Marks.  When a user enters the term "I-many" or

13  "Imany" in the search.aol.com internet search engine, the "Sponsored Link" depicted below

14  appears, or has appeared, as the first search result:

15  **I-many**                                                    Sponsored Links
   www.ModelN.com        Gain Revenue Lifecycle Visibility Optimize Pricing Processes
16  This Sponsored Link not only appears prominently when users type in I-many's trademark and

17  service mark, but the text of each such link reads "I-many."  When a user clicks on the term

18  "I-many" in this Sponsored Link, the user is taken directly to Model N's web page advertising

19  Model N's products.  A true and correct copy of a printout of the first page of the search.aol.com

20  results for this search is appended as Exhibit M.

21       29.     The advertisements described in paragraphs twenty-two (22) through twenty-nine

22  (29) are examples of those discovered by I-many and may not be a complete listing of

23  advertisements purchased by Model N that incorporate the I-many Marks, with Model N's full

24  knowledge of I-many's superior rights to use the I-many Marks.

25       30.     Model N's purchases of advertisements that incorporate the I-many Marks on

26  several unrelated internet search browsers are part of a deliberate and wide-ranging advertising

27

28

1  campaign using the I-many Marks, with Model N's full knowledge of I-many's superior rights to

2  use the I-many Marks

3      31.    The intended result of the purchase and use by Model N of the advertisements

4  described in paragraphs twenty-two (22) through thirty (30) (collectively, the "Sponsored Links"),

5  and the use of the I-many Mark in the Sponsored Links is to confuse users regarding the

6  sponsorship, authorization and source of the Sponsored Links, the relationship between I-many

7  and Model N, and to divert to Model N's website consumers who wish to find I-many products.

8      32.    The purchase and use by Model N of the I-many Marks in the Sponsored Links is

9  likely to cause confusion or mistake or deception of purchasers as to the source of origin of Model

10  N's goods advertised on the Model N website through the Sponsored Links, as well as to that

11  relationship between I-many and Model N.

12      33.    Users who reach Model N through the Sponsored Links are likely to believe that

13  Model N is a distributor of I-many products or is otherwise affiliated with I-many.

14      34.    Purchasers may purchase Model N's products or services believing they are I-

15  many's, or originated from I-many, thereby resulting in a loss of sales to I-many.

16      35.    I-many has no control over the quality of the goods sold by Model N, and because

17  of the confusion as to the source engendered by Model N, I-many's valuable goodwill in respect to

18  the I-many Marks are at the mercy of Model N.

19      36.    To the extent Model N has employed the artifice described in paragraphs twenty-

20  two (22) through thirty (30) to divert sales from I-many to Model N, I-many has been damaged by

21  such lost sales.  Furthermore, I-many has been damaged by the diminution of the value of the

22  I-many Marks through Model N's unauthorized use.

23

24  **COUNT ONE –**
**INFRINGEMENT OF REGISTERED TRADEMARK AND SERVICE MARK**
(15 U.S.C. § 1114)

25

26      37.    I-many incorporates by reference paragraphs one (1) through thirty-six (36) herein.

27      38.    Model N's conduct constitutes infringement of I-many's registered trademarks and

28  service marks in violation of Section 32 of the Lanham Act (15 U.S.C. § 1114) and is likely to

1  cause confusion, mistake, and deception of the public as to the identity, origin, affiliation, and

2  sponsorship of Model N's goods and services.

3       39.    The infringement by Model N has been willful and deliberate, designed specifically

4  to trade upon the goodwill associated with the I-many Marks.

5       40.    I-many has been damaged by Model N's actions in an amount to be proven at trial.

6       41.    The goodwill of I-many's business under its I-many Marks is of enormous value,

7  and I-many will suffer irreparable harm should infringement be allowed to continue to the

8  detriment of its trade reputation and goodwill.

9       42.    Model N's infringement will continue unless enjoined by this Court.

10  **COUNT TWO –**
**INFRINGEMENT OF TRADEMARK AND SERVICE MARK THROUGH FALSE**
11  **DESIGNATION OF ORIGIN AND FALSE DESCRIPTION AND REPRESENTATION**
**(15 U.S.C. §1125(a))**
12

13       43.    I-many incorporates by reference paragraphs one (1) through forty-two (42) herein.

14       44.    Model N's conduct constitutes infringement of I-many's common law trademark

15  and service mark rights in the terms "I-MANY" and "IMANY" through false designation of origin

16  and unfair competition in violation of Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)).

17       45.    Model N's use in commerce of the terms "I-MANY" and "IMANY" in the

18  Sponsored Links is likely to cause confusion as to the origin of goods and services sold by Model

19  N.

20       46.    Model N's acts are calculated to deceive the relevant consuming public into

21  accepting and purchasing Model N's services in the mistaken belief that Model N's good and

22  services are sponsored by, connected with, or supplied under the supervision of I-many.

23       47.    I-many has no control over the quality of the goods sold by Model N, and because

24  of the confusion as to the source engendered by Model N, I-many's valuable goodwill in respect to

25  the I-many Marks are at the mercy of Model N.

26       48.    The false designation of origin and unfair competition by Model N has been willful

27  and deliberate, designed specifically to trade upon the goodwill associated with I-many's

28  trademarks.

1    49.    I-many has been damaged by Model N's actions in an amount to be proven at trial.

2    50.    The goodwill of I-many's business under its I-many Marks is of enormous value,

3  and I-many will suffer irreparable harm should false designation of origin and unfair competition

4  be allowed to continue to the detriment of its trade reputation and goodwill.

5    51.    Model N's false designation of origin and unfair competition will continue unless

6  enjoined by this Court.

7

8  **COUNT THREE -**<br>**TRADEMARK AND SERVICE MARK INFRINGEMENT**<br>**UNDER CALIFORNIA COMMON LAW**

9

10    52.    I-many incorporates by reference paragraphs one (1) through fifty-one (51) herein.

11    53.    By the foregoing acts, Model N is likely to deceive and cause confusion of the

12  relevant consuming public and constitute trademark and service mark infringement under the

13  common law of the State of California.

14

15  **COUNT FOUR -**<br>**UNFAIR COMPETITION UNDER COMMON LAW**

16    54.    I-many incorporates by reference paragraphs one (1) through fifty-three (53)

17  herein.

18    55.    The foregoing acts of Model N constitute unfair competition, palming off, unjust

19  enrichment, and misappropriation of I-many's rights under the common law of the State of

20  California in that such acts permit, and will continue to permit, Model N to use and benefit from

21  the goodwill and reputation earned by I-many to obtain a ready customer acceptance for services

22  advertised, offered for sale, and promoted by Model N under the I-many Marks on the basis of a

23  reputation not established in Model N's own right, and to give Model N's products and services an

24  affirmation that they would not otherwise have, all at I-many's expense.

25    56.    Unless enjoined, the continuing advertising, offering for sale and promoting of

26  Model N's products and services by using the I-many Marks will continue to constitute acts of

27  unfair competition, palming off, unjust enrichment, and misappropriation by Model N against

28  I-many, thereby causing I-many irreparable harm.

## COUNT FIVE -
## UNFAIR COMPETITION UNDER CALIFORNIA LAW
(Cal. Bus. & Prof. Code §§ 17200 *et seq.*)

57.     I-many incorporates by reference paragraphs one (1) through fifty-six (56) herein.

58.     Model N's acts described above constitute unfair and fraudulent business practices in violation of California Business and Professions Code §§ 17200 *et seq.*  These acts also constitute unfair, deceptive, untrue, and misleading advertising in violation of California Business and Professions Code §§ 17200 *et seq.*, as they are likely to deceive and confuse the public.

59.     Model N's acts have caused and will continue to cause I-many irreparable harm. I-many has no adequate remedy at law for these acts.

## COUNT SIX -
## FEDERAL TRADEMARK DILUTION
(15 U.S.C. § 1125(c))

60.     I-many incorporates by reference paragraphs one (1) through fifty-nine (59) herein.

61.     The I-many Marks are famous and inherently distinctive.

62.     Model N has made commercial use of the registered I-many Marks.

63.     Model N's use has caused actual dilution of the registered I-many Marks.

64.     On information and belief, Defendants acted and are acting with a willful intention to trade on I-many's reputation and to cause dilution of the registered I-many Marks.

65.     I-many has been damaged by Model N's willful actions in an amount to be proven at trial.

## COUNT SEVEN -
## DILUTION UNDER CALIFORNIA LAW
(Cal. Bus. & Prof. Code § 14330)

66.     I-many incorporates by reference paragraphs one (1) through sixty-five (65) herein.

67.     The I-many Marks are famous and inherently distinctive.

68.     Model N's unauthorized use of the I-many Marks has diluted, and is likely to dilute, the distinctive quality of the I-many Marks in violation of California Business & Professions Code § 14330.

69. Model N willfully intended to trade on I-many's goodwill and reputation to dilute the I-many Marks, acted with reason to know, or was willfully blind as to the consequences of their actions.

70. Defendants' wrongful acts have caused and will continue to cause Plaintiffs irreparable harm. Plaintiffs have no adequate remedy at law for Defendants' dilution.

WHEREFORE, I-many requests:

1. A preliminary injunction enjoining Model N and its affiliates, subsidiaries, officers, directors, employees, agents, representatives, licensees, successors, assigns, and all those acting for any of them or on their behalf, or acting in concert with them, from infringing the I-many Marks and from engaging in false designation of origin and unfair competition with respect to the I-many Marks, and from injuring I-many's reputation during the pendency of this action;

2. A permanent injunction enjoining Model N and its affiliates, subsidiaries, officers, directors, employees, agents, representatives, licensees, successors, assigns, and all those acting for any of them or on their behalf, or acting in concert with them, from further from infringing the I-many Marks and from engaging in false designation of origin and unfair competition with respect to the I-many Marks, and from injuring I-many's reputation;

3. That Model N be required to account to I-many for Model N's sales leads, revenues, profits, and the actual damages suffered by I-many as a result of Model N's acts of infringement and false designation of origin, together with interest and costs;

4. That Model N be ordered to discontinue its purchase of any advertisements incorporating any trademarks owned by I-many, from any internet search services or other advertising media;

5. Compensatory damages and its costs and interest;

6. Treble damages for Model N's willful infringement;

7. Reasonable attorneys' fees under 15 U.S.C. § 1117; and

8. Such other relief as the Court deems just and proper.

1

## **JURY DEMAND**

2      I-many demands a trial by jury on all issues so triable.

3

4   Dated:  October 5, 2007                    THELEN REID BROWN RAYSMAN & STEINER

5

6

7                                              By:_____
                                                Keith L. Slenkovich
8                                               Tomomi Harkey

9                                              Attorneys for plaintiff I-many, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



# CERTIFICATE OF REGISTRATION
## PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Nicholas P. Godici*

**Acting Director of the United States Patent and Trademark Office**

## Requirements for Maintaining a
## Federal Trademark Registration

## SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the expiration of the following time periods:

    i)  At the end of 6 years following the date of registration.
    ii) At the end of each successive 10-year period following the date of registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the cancellation of the registration.*

## SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. §1059, at the end of each successive 10-year period following the date of registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in the expiration of the registration.*

**No further notice or reminder of these requirements will be sent to the Registrant by the Patent and Trademark Office. It is recommended that the Registrant contact the Patent and Trademark Office approximately one year before the expiration of the time periods shown above to determine the requirements and fees for the filings required to maintain the registration.**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,459,331
Registered June 12, 2001

## TRADEMARK
### PRINCIPAL REGISTER

# IMANY

I-MANY, INC. (DELAWARE CORPORATION)
531 CONGRESS STREET, SUITE 500
PORTLAND, ME 04101 , BY CHANGE OF NAME
   SYSTEMS CONSULTING COMPANY, INC (MAS-
   SACHUSETTS CORPORATION) PORTLAND, ME
   04101

   FOR: COMPUTER SOFTWARE TO CREATE,
MANAGE, AND MONITOR PERFORMANCE OF
COMPLEX CONTRACT PURCHASING ARRANGE-

MENTS TO FACILITATE BUSINESS-TO-BUSINESS
E-COMMERCE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

   FIRST USE 3-17-2000; IN COMMERCE 3-17-2000.

   SER. NO. 75-862,465, FILED 12-2-1999.

STACY WAHLBERG, EXAMINING ATTORNEY

# EXHIBIT B

000494/14



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Director of the United States Patent and Trademark Office*

**Requirements for Maintaining a
Federal Trademark Registration**

## SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the expiration of the following time periods:

    i)  At the end of 6 years following the date of registration.

    ii)  At the end of each successive 10-year period following the date of registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the cancellation of the registration.*

## SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. §1059, at the end of each successive 10-year period following the date of registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in the expiration of the registration.*

**No further notice or reminder of these requirements will be sent to the Registrant by the Patent and Trademark Office. It is recommended that the Registrant contact the Patent and Trademark Office approximately one year before the expiration of the time periods shown above to determine the requirements and fees for the filings required to maintain the registration.**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,535,589

## United States Patent and Trademark Office

Registered Feb. 5, 2002

### TRADEMARK
### PRINCIPAL REGISTER

# **imany**

I MANY, INC (DELAWARE CORPORATION)
537 CONGRESS STREET
PORTLAND, ME 04101

FOR: COMPUTER SOFTWARE TO CREATE,
MANAGE, AND MONITOR PERFORMANCE OF
COMPLEX CONTRACT PURCHASING ARRANGE-
MENTS TO FACILITATE BUSINESS-TO-BUSINESS
E-COMMERCE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 3-17-2000; IN COMMERCE 3-17-2000.

OWNER OF U.S. REG. NO. 2,459,331.

SER. NO. 75-915,749, FILED 2-10-2000.

STACY WAHLBERG, EXAMINING ATTORNEY

# EXHIBIT C





## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Director of the United States Patent and Trademark Office*

**Requirements for Maintaining a
Federal Trademark Registration**

## SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the
registration shall be canceled for failure to file an Affidavit of Continued
Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the
expiration of the following time periods:
  i) At the end of 6 years following the date of registration.
  ii) At the end of each successive 10-year period following the date of
     registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the
cancellation of the registration.*

## SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions
of Section 8, except that the registration shall expire for failure to file an
Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C.
§1059, at the end of each successive 10-year period following the date of
registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in
the expiration of the registration.*

**No further notice or reminder of these requirements will be sent to the
Registrant by the Patent and Trademark Office. It is recommended
that the Registrant contact the Patent and Trademark Office
approximately one year before the expiration of the time periods shown
above to determine the requirements and fees for the filings required to
maintain the registration.**

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 2,601,852
Registered July 30, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## IMANY

I-MANY, INC. (DELAWARE CORPORATION)
531 CONGRESS STREET, SUITE 500
PORTLAND, ME 04101

FOR: COMPUTER SERVICES, NAMELY, COM-
PUTER CONSULTING SERVICES FOR OTHERS;
CUSTOM SOFTWARE DESIGN AND IMPLEMEN-
TATION FOR OTHERS; AND PROVIDING APPLI-
CATION SERVICE PROVIDER SERVICES FOR
OTHERS FEATURING SOFTWARE IN THE FIELD
OF CONTRACT PURCHASING ARRANGEMENTS
TO FACILITATE BUSINESS-TO-BUSINESS E-COM-
MERCE BY ALLOWING CUSTOMERS TO IDENTI-
FY AND MANAGE SPECIFIC CONTRACT TERMS
AND CONDITIONS AND INCENTIVES, REBATES,
AND PAYMENT PROVISION AVAILABLE, IN
CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-0-2000; IN COMMERCE 1-0-2000.

SN 75-862,456, FILED 12-2-1999.

STACY WAHLBERG, EXAMINING ATTORNEY

# EXHIBIT D



# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Director of the United States Patent and Trademark Office*

**Requirements for Maintaining a
Federal Trademark Registration**

## SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the expiration of the following time periods:

    i) At the end of 6 years following the date of registration.
    ii) At the end of each successive 10-year period following the date of registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the cancellation of the registration.*

## SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. §1059, at the end of each successive 10-year period following the date of registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in the expiration of the registration.*

**No further notice or reminder of these requirements will be sent to the Registrant by the Patent and Trademark Office. It is recommended that the Registrant contact the Patent and Trademark Office approximately one year before the expiration of the time periods shown above to determine the requirements and fees for the filings required to maintain the registration.**

**Int. Cl.: 42**

**Prior U.S. Cls.: 100 and 101**

**Reg. No. 2,516,486**

## United States Patent and Trademark Office

Registered Dec. 11, 2001

### SERVICE MARK
### PRINCIPAL REGISTER

# imany

I-MANY, INC. (DELAWARE CORPORATION)
537 CONGRESS STREET
SUITE 500
PORTLAND, ME 04101

FOR: COMPUTER SERVICES, NAMELY, COM-
PUTER CONSULTING SERVICES FOR OTHERS;
CUSTOM SOFTWARE DESIGN AND IMPLEMEN-
TATION FOR OTHERS; AND PROVIDING APPLI-
CATION SERVICE PROVIDER SERVICES FOR
OTHERS FEATURING SOFTWARE IN THE FIELD
OF CONTRACT PURCHASING ARRANGEMENTS
TO FACILITATE BUSINESS-TO-BUSINESS E-COM-
MERCE BY ALLOWING CUSTOMERS TO IDENTI-
FY AND MANAGE SPECIFIC CONTRACT TERMS
AND CONDITIONS AND INCENTIVES, REBATES,
AND PAYMENT PROVISIONS AVAILABLE, IN
CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 2-14-2000; IN COMMERCE 2-14-2000.

SER. NO. 75-914,615, FILED 2-10-2000.

STACY WAHLBERG, EXAMINING ATTORNEY

# EXHIBIT E

# Model **N**



Life Sciences ▼   High Tech ▼   Customers ▼   Partners ▼   Company ▼

## Life Sciences Revenue Management

**Poor revenue management practices can cost Life Science companies between $20M to $40M in lost revenues for every $1B in sales**

### We can help

Model N Revenue Management solutions for Life Science organizations have become the fastest growing choice in the industry to manage revenue leakage and regulatory compliance risk. Based on industry best practices and sharing a common technology platform, Model N solutions:

- Align the currently disparate processes of pricing, contract management, settlement payments, and regulatory compliance management

- Integrate seamlessly with ERP systems

- Enable direct control over the critical processes that make up the Revenue Management life cycle

To learn more about Model N Revenue Management, please check out the links below:

Solutions:
**Pharmaceutical and Biotech**
**Medical Technology**

White Papers:
**Integrating Revenue Management with ERP in Life Sciences Organizations**

Web Seminars:
**Revenue Management Best Practices for Managed Care Contracting**
**Making the Medicaid Drug Rebate Program Work for You**

News & Events:
**View the latest Model N Revenue Management news**
**Upcoming events**

### Customer Quote

*"We have seen solutions in the market pricing, contracts and settlements, but unappealing because we believed the compliance and maximizing revenue integration. Model N presents a uniqu the end-to-end management process generation technology platform."*

— *CIO,*

**Contact Model N**

# EXHIBIT F

Case 4:07-cv-05149-CW     Document 1     Filed 10/05/2007     Page 34 of 48
i-many - Google Search
Page 1 of 2

Web   Images   Video   News   Maps   Gmail   more ▾                                    Sign in

Google     | i-many                                    Search | Advanced Search
                                                                | Preferences

                                                    New! View and manage your web history

Web   Books                          Results **1 - 10** of about **609,000** for **i-many**. (0.10 seconds)

**I-many**                                    Sponsored Link              Sponsored Links
www.ModelN.com         Gain Revenue Lifecycle Visibility Optimize
Pricing Processes                                          **Contract Management SW**
                                                           Contract management software will
                                                           grow revenue, decrease costs & risk
**I-many Inc. - Contract Lifecycle Management Solutions**   www.nextance.com/contractmanagement

A supplier of Internet-enabled business-to-business financial
settlement solutions. The software empowers companies to manage   **Procuri & Ariba Customers**
promotional trade funds and ... ⊞ Stock quote for IMNY            Convert For Free
www.imany.com/ - 23k - Cached - Similar pages                     To Emptoris - Read More
        About I-many - www.imany.com/company.html                 www.emptoris.com
        Contact Form - www.imany.com/contact.html
        News and Events - www.imany.com/newsAndEvents.html        **Free Aberdeen Report**
        Services - www.imany.com/services.html                    Free 2006 Aberdeen Benchmark Report
        More results from www.imany.com »                         on Contract Management Solutions
                                                                  www.Selectica.com
**I-many Inc. - About I-many**

Since its founding in 1989, **i-many** has been focused on a single
goal: to be the leader in contract and transaction compliance
management solutions. ...
www.imany.com/company.html - 24k - Cached - Similar pages

**IMNY: Profile for I-MANY INC - Yahoo! Finance**

See the company profile for **I-MANY** INC (IMNY) including business summary,
industry/sector information, number of employees, business summary, ...
⊞ Map of 399 Thornall St, Edison, NJ 08837
finance.yahoo.com/q/pr?s=imny - 28k - Cached - Similar pages

**IMNY: Summary for I-MANY INC - Yahoo! Finance**

Get detailed information on **I-MANY** INC (IMNY) including quote performance, Real-Time
ECN, technical chart analysis, key stats, insider transactions, ...
finance.yahoo.com/q?s=imny - 39k - Cached - Similar pages
[ More results from finance.yahoo.com ]

**MySpaceTV: Search Results for Tag "Imany"**

Upload and share videos, find and watch funny clips, vote and comment on your favorites,
subscribe to online video channels, add cool videos to your MySpace ...
vids.myspace.com/index.cfm?fuseaction=vids.search&t=**Imany** - 16k -
Cached - Similar pages

**MySpaceTV: IMANY**

4min & **Imany** by **IMANY**. Watch it on MySpaceTV. ... 4min & **Imany**. 3:30. In 4 minutes you
get know what I'm about. In 4 min you get to hear my French accent ...
vids.myspace.com/index.cfm?fuseaction=vids.Channel&ChannelID=55790574 - 18k -
Cached - Similar pages
[ More results from vids.myspace.com ]

**I-Many Inc. (IMNY): Stock Quote & Company Information**

Get **I-Many** Inc. (IMNY) stock research & investing information. Find historical stock quotes,

# EXHIBIT G

Search    Traffic Rankings    Directory    Alexa Toolbar    Developer's Corner    Blog

  

Advanced

The Web Information Company    powered by Alexa Web Search

Results 1 - 10 of about 9,469,723 for I-many                    Search Preferences

**I-many**                                                      Sponsored Links
Gain Revenue Lifecycle Visibility Optimize Pricing Processes
www.ModelN.com

**Free Aberdeen Report**
Free 2006 Aberdeen Benchmark Report on Contract Management Solutions
www.Selectica.com



### YouTube - Broadcast Yourself. - Is there a limit to how **many** videos...
Enables users to search the Web, Usenet, and images. Features include PageRank, caching and
translation of results, and
www.google.com/support/youtube/bin/answer.py?answe... - Cached
Rank: 3 | Site info for google.com



### How **many** colors should **i** use for my printing project? print b...
www.printquotesdirect.com/printing101/how_many_col... - Cached
Rank: 463,337 | Site info for printquotesdirect.com



### Joomlashack Template Support - How **many** licenses do **I** need for my site?
JoomlaShack provides templates and downloads for Joomla developers and end user for the Joomla
CMS software platform [Op
www.joomlashack.com/support/index.php?_m=knowledge... - Cached
Rank: 8,235 | Site info for joomlashack.com



### **I** love you in **many** languages
www.theholidayspot.com/valentine/wish101languages.... - Cached
Rank: 82,528 | Site info for theholidayspot.com



### How **Many** Colors Can **I** Use?
www.printbusinesscards.com/questions/FAQ-Business-... - Cached
Rank: 139,363 | Site info for printbusinesscards.com



### Seth's Blog: Who knew **I** could be wrong in so **many** ways
Seth Godin's riffs on marketing, respect, and the ways ideas spread.
sethgodin.typepad.com/seths_blog/2007/07/who-knew-... - Cached
Rank: 9,412 | Site info for sethgodin.typepad.com



### Calorie-Count.com FAQs :: How **many** calories should **I** be eating every day?
Nutrition & Weight Loss Basics : How many calories should I be eating every day? ...
www.calorie-count.com/calories/help.php?id=25 - Cached
Rank: 7,740 | Site info for calorie-count.com

# EXHIBIT H

**I-many**  Showing 1-10 of 97,900           MyStuff    Options

Web | Images | City | News | More »

I-many

Advanced

**Narrow Your Search**
I-many Inc

**Expand Your Search**
Askj

Sponsored Results

**I-many**
Gain Revenue Lifecycle
Visibility Optimize Pricing
Processes
www.ModelN.com

**Free Aberdeen Report**
Free 2006 Aberdeen
Benchmark Report on Contract
Management Solutions
www.Selectica.com

**Stock Quote**

**I-Many Inc (IMNY)**
Last: **2.86**
% Change: **+0.0%**
Trade time: 2:05 PM ET
Disclaimer: All data is delayed by 15 mins

More »

**I-many Inc. -**
**Contract Lifecycle**
**Management**
**Solutions**
A supplier of Internet-enabled
business-to-business financial
settlement solutions. The
software empowers companies
to manage promotional ...
www.imany.com/  · Cached

**I-many Inc. - Contract**
**Lifecycle Management**
**Solutions**
**I-many** delivers advanced Contract
Lifecycle Management (CLM) solutions
to manage corporate commitments for
Revenue and Spend optimization ...
www.imany.com/businessSolutions.html
More Results from www.imany.com

**IMNY: Summary for I-**
**MANY INC - Yahoo!**
**Finance**
Get detailed information on **I-**
**MANY** INC (IMNY) including
quote performance, Real-Time
ECN, technical chart analysis,
key stats, insider ...
finance.yahoo.com/q?s=IMNY

**I-many Grosses $25M**
February 19, 2002 **I-many**
Grosses $25M By
boston.internet.com Staff **I-**

# EXHIBIT I



Home | Bookmark Info.com | Make Info.com your Homepage | Vis

**Web**  Reference  News  Images  Video  Health  Shop  Classifieds  eBay  Flights  Hotels  T

How to get a
better search result    Search: | I-Many                                    **Find**    • Advanced Web Searcl
                                                                                    • Preferences

**Info.com searched:** Google, Yahoo!, Windows Live, Ask, LookSmart, Open Directory – Learn More

Web results from 14 search engines for **I-Many**

Web Results

- **I-many** Inc. - About **I-many**
  Since its founding in 1989, **I-many** has been focused on a single
  goal: to be the leader in contract and transaction compliance
  management solutions. ...
  http://www.imany.com/company.html

- IMNY: Summary for **I-MANY** INC - Yahoo! Finance
  Get detailed information on **I-MANY** INC (IMNY) including quote
  performance, Real-Time ECN, technical chart analysis, key stats,
  insider transactions, ...
  http://finance.yahoo.com/q?s=imny

- **I-many** Release Refocuses on Life Sciences Contract
  Management
  After several financial and managerial fits and starts in life
  sciences, **I-many** is attempting to reinvigorate its approach to
  the market by amplifying its product offering, Contract
  Management Suite ...
  http://www.gartner.com/DisplayDocument?id=507949&ref=g_s...

- IMNY: Profile for **I-MANY** INC - Yahoo! Finance
  See the company profile for **I-MANY** INC (IMNY) including
  business summary, industry/sector information, number of
  employees, business summary, ...
  http://finance.yahoo.com/q/pr?s=imny

- the scent of green bananas: how many?!
  how many asian women have blogs about food? i don't know,
  but this is another one.
  http://scentofgreenbananas.blogspot.com/2004/12/how-many.htm ...

- Radio June 2007 Archive

  http://radio.about.com/b/a/2007_06_19.htm

- **i-many** inc.
  Error. Page cannot be displayed. Please contact service provider
  for more details. ...
  http://www.i-many.com/

- Imus Critic Under Fire for His Own Offensive Remarks
  Imus Critic Under Fire for His Own Offensive Remarks, Radio,
  NBC weatherman, Al Roker, was one of Don Imus vocal critics
  after the I-man got
  http://radio.about.com/b/a/258065.htm

- **I-Many** Inc. (IMNY): Stock Quote & Company Information
  Get **I-Many** Inc. (IMNY) stock research & investing information.
  Find historical stock quotes, key competitors, stock data,
  executive management and the ...

Sponsored Results

- **I-many**
  Gain Revenue Lifecycle Visibility Opt
  http://www.ModelN.com/

- Free Aberdeen Report
  Free 2006 Aberdeen Benchmark Rep
  Management Solutions
  http://www.Selectica.com/

- **I-Many** Contract Lifecycle Manag
  Advanced business solutions for con
  transaction compliance, and revenue
  http://www.imany.com

- I-Many, Inc: In-Depth Company I
  Go to Hoover's for in-depth, first-ha
  provided by business experts. Get a
  bios, financials, news, industry trenc
  http://www.hoovers.com

- I Many
  Looking for i many? Find exactly wh
  http://www.eBay.com

- ? Many Ringtones ?
  Ringtones From Many, No Credit Car
  http://www.RingTonesBounty.com

- Many Ringtones
  Download & Listen to Many Ringtone
  http://www.RingTonesLab.com

- Many
  Many Online. Shop Target.com.
  http://www.Target.com

- Lodging in Many Louisiana
  Comfortable Many Louisiana lodging
  http://www.traveltoday.com/manyla

- Many Lodging Deals
  Book your Many vacation at BestHot
  http://www.besthotelsnetwork.com

# EXHIBIT J

Lycos Home |  Lycos Mail



- WEB
- IMAGE
- VIDEO
- PEOPLE
- LOCAL
- SHOPPING
- CLASSIFIEDS

| I-Many | **GO GET IT** |

## SPONSORED LINKS

- **I-many** - www.ModelN.com
  Gain Revenue Lifecycle Visibility Optimize Pricing Processes

- Free Aberdeen Report - www.Selectica.com
  Free 2006 Aberdeen Benchmark Report on Contract Management Solutions

**Web Results provided by** *Ask* 1 thru 10 of 98,400 (Info)

1. **I-many** Inc. - Contract Lifecycle Management Solutions
   A supplier of Internet-enabled business-to-business financial settlement solutions. The software empowers companies to manage promotional ...
   http://www.imany.com/

2. **I-many** Inc. - CARS
   Increase Chargeback Efficiencies with a New HDMA EDI Standard, by McKesson & **I-many** »
   On-demand Webinar ... Introducing **I-many** CARS and ...
   http://www.imany.com/cars.html

3. IMNY: Summary for **I-MANY** INC - Yahoo! Finance
   Get detailed information on **I-MANY** INC (IMNY) including quote performance, Real-Time ECN, technical chart analysis, key stats, insider ...
   http://finance.yahoo.com/q?s=IMNY

4. **I-many** Grosses $25M
   February 19, 2002 **I-many** Grosses $25M By boston.internet.com Staff **I-many** (Quote), a Portland, Maine, contract management software maker, ...
   http://www.internetnews.com/asp-news/article.php/976481

5. **I-many**, Inc.-**I-many** Offers Pre-Release Pricing for Existing ...
   **I-many** Offers Pre-Release Pricing for Existing Customers Wanting to Implement Next Generation Solutions ... 2007 MAR 6 -- **I-many**, Inc.
   http://www.newsrx.com/articles/487892.html

6. ITworld.com - **I-many** to acquire Provato
   Fortifying its position in the business-to-business contract and trade relationship management space, Portland, Maine-based **I-many** on Thursday ...
   http://www.itworld.com/Tech/2428/IWD010419hnimany/

7. **I-many**, Inc.
   I will reach into my Blackjack strategy bag and pull out 3 Blackjack tips you've ...
   http://www.imanyinc.com/

8. QUA -- Archival Resources for Teachers -- World War I

# EXHIBIT K



| Web | News | Images | Videos | Yellow Pages | White Pages |

I-many                                             [ Search ]

Help                                        Power Search

• **metasearch results** - about these results          • **refine your search**

### Sponsored Links                              There are no suggestions for
                                                 the query **I-many**
**I-many** - Gain Revenue Lifecycle Visibility Optimize Pricing Processes
http://www.ModelN.com

Free Buyer's Guide - 5 Things You Need to Know Before You Buy Contract
Management Systems
http://www.Selectica.com

**Search Results** 1-15 of 41 for **I-many**        1 2 3 [Next]

1. **I-many** Inc. - Contract Lifecycle Management Solutions
   A supplier of Internet-enabled business-to-business financial
   settlement solutions. The software empowers companies to
   manage promotional ...
   http://www.imany.com [ Ask.com, Gigablast, Entireweb ]

2. **I-many**, Inc.
   Developer of integratable software solutions that optimize the
   management of healthcare sales agreements for
   pharmaceutical and medical surgical ...
   http://www.imanyinc.com [ Business.com, Ask.com ]

3. **I-many** Inc. - CARS
   Increase Chargeback Efficiencies with a New HDMA EDI
   Standard, by McKesson & **I-many** » On-demand Webinar ...
   Introducing **I-many** CARS and ...
   http://www.imany.com/cars.html [ Ask.com ]

4. IMNY: Summary for **I-MANY** INC - Yahoo! Finance
   Get detailed information on **I-MANY** INC (IMNY) including
   quote performance, Real-Time ECN, technical chart analysis,
   key stats, insider ...
   http://finance.yahoo.com/q?s=IMNY [ Ask.com ]

5. **I-many** (IMNY) Stock Charts - Technical Analysis and Charting
   Visit the link for details.
   http://www.investorguide.com/stock-charts.cgi?ticker=IMNY
   [ Gigablast ]

6. **I-many** Grosses $25M
   February 19, 2002 **I-many** Grosses $25M By
   boston.internet.com Staff **I-many** (Quote), a Portland, Maine,
   contract management software maker, ...
   http://www.internetnews.com/asp-news/article.php/976481 [ Ask.com ]

7. **I-many** Continues Buying Spree
   Visit the link for details.
   http://www.internetnews.com/ent-news/article.php/999741 [ Gigablast ]

8. **I-Many**, Inc.
   **I-many**, Inc.. The Group's principal activities are to provide
   software and Internet-based solutions and related professional
   services. The services of the Group enable the clients to ...
   http://www.business.com/directory/computers_and_software/computer
   [ Business.com ]

9. **I-many**, Inc.-**I-many** Offers Pre-Release Pricing for Existing ...

# EXHIBIT L

Advanced Search | Settings | Help

**Web**  Images  Video  News  Local BETA  **more >>**

I-Many

SafeSearch is on. Click here to turn it off.

## I-many

Gain Revenue Lifecycle Visibility Optimize Pricing Processes
www.ModelN.com

Sponsored Links

## Free Buyer's Guide

5 Things You Need to Know Before You Buy Contract Management Systems
www.Selectica.com

## IMNY (I-MANY INC)

From AOL Money: News & Analysis | Company Profile | Detailed Quote



**2.86** ☒ 00.00 (00.00%)
as of 02:05PM EDT on 09/27/07
NASDAQ - 15 min delay
Enlarge chart

1 day | 6 months | 1 year

Web Results Enhanced By          Learn More

## I-many Inc. - Contract Lifecycle Management Solutions

A supplier of Internet-enabled business-to-business financial settlement solutions. The software empowers companies to manage promotional trade funds and ...
www.imany.com/

### I-many Inc. - About I-many

Since its founding in 1989, I-many has been focused on a single goal: to be the leader in contract and transaction compliance management solutions. ...
www.imany.com/company.html

## IMNY: Profile for I-MANY INC - Yahoo! Finance

See the company profile for I-MANY INC (IMNY) including business summary, industry/sector information, number of employees, business summary, ...
finance.yahoo.com/q/pr?s=imny

### IMNY: Summary for I-MANY INC - Yahoo! Finance

Get detailed information on I-MANY INC (IMNY) including quote performance, Real-Time ECN, technical chart analysis, key stats, insider transactions, ...
finance.yahoo.com/q?s=imny

## I-Many Inc. (IMNY): Stock Quote & Company Information

Get I-Many Inc. (IMNY) stock research & investing information. Find historical stock quotes, key competitors, stock data, executive management and the ...
investing.businessweek.com/research/stocks/snapshot/snapshot.asp?capId=1026...

## MySpaceTV: Search Results for Tag "imany"

Upload and share videos, find and watch funny clips, vote and comment on your favorites, subscribe to

# EXHIBIT M

## I-many
Sponsored Links
www.ModelN.com Gain Revenue Lifecycle Visibility Optimize Pricing Processes

### Free Buyer's Guide
www.Selectica.com 5 Things You Need to Know Before You Buy Contract Management Systems

### IMNY (I-MANY INC)
From AOL Money: News & Analysis | Company Profile | Detailed Quote



**2.86** ☒ 00.00 (00.00% )
as of 02:17PM EDT on 09/27/07
NASDAQ - 15 min delay
Enlarge chart

1 day | 6 months | 1 year

### I-many Inc. - Contract Lifecycle Management Solutions
A supplier of Internet-enabled business-to-business financial settlement solutions. The software empowers companies to manage promotional trade funds and ...
www.imany.com/ - 23k - Similar pages

#### I-many Inc. - About I-many
Since its founding in 1989, I-many has been focused on a single goal: to be the leader in contract and transaction compliance management solutions. ...
www.imany.com/company.html - 24k - Similar pages
[ More results from www.imany.com ]

### IMNY: Profile for I-MANY INC - Yahoo! Finance
See the company profile for I-MANY INC (IMNY) including business summary, industry/sector information, number of employees, business summary, ...
finance.yahoo.com/q/pr?s=imny - 28k - Similar pages

#### IMNY: Summary for I-MANY INC - Yahoo! Finance
Get detailed information on I-MANY INC (IMNY) including quote performance, Real-Time ECN, technical chart analysis, key stats, insider transactions, ...
finance.yahoo.com/q?s=imny - 39k - Similar pages
[ More results from finance.yahoo.com ]

### I-Many Inc. (IMNY): Stock Quote & Company Information
Get I-Many Inc. (IMNY) stock research & investing information. Find historical stock quotes, key competitors, stock data, executive management and the ...
investing.businessweek.com/research/stocks/snaps... - 60k - Similar pages

### MySpaceTV: Search Results for Tag "imany"
Upload and share videos, find and watch funny clips, vote and comment on your favorites, subscribe to online video channels, add cool videos to your MySpace ...
vids.myspace.com/index.cfm?fuseaction=vids.searc... - 18k - Similar pages

### I-many Inc. - Contract Lifecycle Management Solutions - Inve...
I-many, the industry leader in Contract Management solutions, is at the epicenter of business-to-business commerce. Goldman Sachs recently hailed I-many as ...
phx.corporate-ir.net/phoenix.zhtml?c=122987&p=ir... - 30k - Similar pages

### Solutions Catalog: I-many, Inc. Overview
I-many (NASDAQ: IMNY) delivers the most advanced Enterprise Contract Management solutions for managing corporate commitments. Designed to extend beyond the ...