# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

I-MANY, INC.,
a Delaware corporation

V.

MODEL N, INC.,
a Delaware corporation

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**C07 05149 CW**

TO: (Name and address of defendant)

MOEL N, INC.
1800 Bridge Parkway
Redwood City, California 94065

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith L. Slenkovich, Esq.; SBN 129793
kslenkovich@thelen.com
Tomimi Harkey, Esq.; SBN 244886
tharkey@thelen.com
Thelen Reid Brown Raysman & Steiner LLP
225 W. Santa Clara Street, Suite 1200
San Jose, California 95113

TEL: (408) 292-5800
FAX: (408) 287-8040

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 10/5/17

(BY) DEPUTY CLERK

| Attorney or Party without Attorney:<br>KEITH L. SLENKOVICH, Bar #129793<br>THELEN, REID & PRIEST LLP<br>225 W. SANTA CLARA, SUITE 1200<br>SAN JOSE, CA 95101<br>Telephone No: 408 282-1800 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>MARK TISDEL | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: I-MANY, INC.<br>Defendant: MODEL N, INC. | | | | |
| **PROOF OF SERVICE SUMMONS ON** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07 05149CW |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS ON CROSS-COMPLAINT; COMPLAINT FOR TRADEMARK INFRINGEMENT, DILUTION, AND UNFAIR COMPETITION; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; GUIDELINES FOR TRIAL AND FINAL PRETRIAL CONFERENCE; STANDING ORDER FOR PATENT CASES.

3. a. Party served: MODEL N, INC.
   b. Person served: MARK TISDEL, AUTHORIZED AGENT

4. Address where the party was served: 1800 BRIDGE PARKWAY
   REDWOOD SHORES, CA 94065

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Oct. 09, 2007 (2) at: 11:02AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: MODEL N, INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. TONY TRAN

   **First Legal Support Services**
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, Oct. 09, 2007

   (TONY TRAN)

   Judicial Council Form POS-010
   Rule 982.9.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS ON

   8013774.keisl-tr.90764