1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  SONGMEE CONNOLLY (CSB NO. 228555)
   sconnolly@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:     (650) 988-8500
   Facsimile:     (650) 938-5200
6
   BRIAN W. CARVER (CSB NO. 244878)
7  bcarver@fenwick.com
   FENWICK & WEST LLP
8  555 California Street, 12th Floor
   San Francisco, CA  94104
9  Telephone:     (415) 875-2300
   Facsimile:     (415) 281-1350
10
   Attorneys for Defendant
11 MODEL N, INC.

12

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| I-MANY, INC.,<br><br>             Plaintiff,<br><br>v.<br><br>MODEL N, INC.,<br><br>             Defendant. | Case No.  C 07-05149 CW<br><br>**[PROPOSED] ORDER ON MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) AND MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO RULE 12(E)**<br><br>Date:     N/A<br>Time:     N/A<br>Dept.:    2<br>Before:   The Honorable Claudia Wilken |

**[PROPOSED] ORDER ON DEFENDANT MODEL N'S MOTION TO DISMISS**                              **CASE NO. C 07-05149 CW**

1    On December 6, 2007, the Court heard defendant Model N's motion to dismiss Counts Five through Seven of the complaint pursuant to Rule 12(b)(6) and motion for a more definite statement pursuant to Rule 12(e) (the "Motion"). All parties appeared by and through their respective counsel. The Court has considered the matter submitted, including the Motion, all papers and evidence filed in support and in opposition thereof, arguments of counsel, and all other matters on file in this action and presented to the Court. Accordingly, good cause appearing therefor, the Court GRANTS Model N's Motion and it is hereby ORDERED as follows:

1. I-many's allegations of trademark dilution are insufficient under Fed. R. Civ. P. 12(b)(6) and Counts Six and Seven of the complaint are thus hereby dismissed.

2. I-many's allegations of defendant's violation of Cal. Bus. & Prof. Code section 17200, *et seq.*, are insufficient under Fed. R. Civ. P. 12(b)(6), and Count Five of the complaint is thus hereby dismissed.

3. The remaining claims in I-many's complaint are so vague or ambiguous that defendant cannot reasonably be required to frame a responsive pleading. Accordingly, pursuant to Fed. R. Civ. P. 12(e), I-many is ordered to provide a more definite statement of the allegations presented in its complaint and shall file and serve an amended complaint within ____ days of this order.

**IT IS SO ORDERED.**

DATED: December __, 2007

Hon. Claudia Wilken
United States District Court
Northern District Of California

[PROPOSED] ORDER ON DEFENDANT MODEL N'S MOTION TO DISMISS    2    CASE NO. C 07-05149 CW