# EXHIBIT C



# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



DOCKETED
DUE: 7/30/07 & 08
7/30/2012
BY: 8L

*Director of the United States Patent and Trademark Office*

## Requirements for Maintaining a Federal Trademark Registration

### SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the expiration of the following time periods:
   i) At the end of 6 years following the date of registration.
   ii) At the end of each successive 10-year period following the date of registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the cancellation of the registration.*

### SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. §1059, at the end of each successive 10-year period following the date of registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in the expiration of the registration.*

No further notice or reminder of these requirements will be sent to the Registrant by the Patent and Trademark Office. It is recommended that the Registrant contact the Patent and Trademark Office approximately one year before the expiration of the time periods shown above to determine the requirements and fees for the filings required to maintain the registration.

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,601,852
Registered July 30, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## IMANY

I-MANY, INC. (DELAWARE CORPORATION)
531 CONGRESS STREET, SUITE 500
PORTLAND, ME 04101

FOR: COMPUTER SERVICES, NAMELY, COMPUTER CONSULTING SERVICES FOR OTHERS; CUSTOM SOFTWARE DESIGN AND IMPLEMENTATION FOR OTHERS; AND PROVIDING APPLICATION SERVICE PROVIDER SERVICES FOR OTHERS FEATURING SOFTWARE IN THE FIELD OF CONTRACT PURCHASING ARRANGEMENTS TO FACILITATE BUSINESS-TO-BUSINESS E-COMMERCE BY ALLOWING CUSTOMERS TO IDENTIFY AND MANAGE SPECIFIC CONTRACT TERMS AND CONDITIONS AND INCENTIVES, REBATES, AND PAYMENT PROVISION AVAILABLE, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-0-2000; IN COMMERCE 1-0-2000.

SN 75-862,456, FILED 12-2-1999.

STACY WAHLBERG, EXAMINING ATTORNEY