# EXHIBIT E



Poor revenue management practices can cost Life Science companies between $20M to $40M in lost revenues for every $1B in sales

## We can help

Model N Revenue Management solutions for Life Science organizations have become the fastest growing choice in the industry to manage revenue leakage and regulatory compliance risk. Based on industry best practices and sharing a common technology platform, Model N solutions:

- Automate the full lifecycle and processes of pricing, contract management, settlement payments, and regulatory compliance management
- Integrate seamlessly with ERP systems
- Enable closed loop view of the critical processes that make up the Revenue Management lifecycle

To learn more about Model N Revenue Management, please check out the links below.

**Solutions:**
Pharmaceutical and Biotech
Medical Technology

**White Papers:**
Integrating Revenue Management with ERP in Life Sciences Organizations

**Web Seminars:**
Revenue Management Best Practices for Managed Care Contracting
Making the Medicaid Drug Rebate Program Work for You

**News & Events:**
View the latest Model N Revenue Management news
Upcoming events

### Customer Quote

"We have seen solutions in the market pricing, contracts and settlements, but none aligned because we believe of the importance and magnitude of revenue integration. Model N presents a unique and fully integrated settlement process generation technology platform."

— CIO.

### Contact Model N