# EXHIBIT F

Web  Images  Video  News  Maps  Gmail  more ▾                          Sign in

Google                    [ i-many ]              Search    Advanced Search
                                                            Preferences

                                                  New! View and manage your web history

Web  Books                        Results 1 - 10 of about 609,000 for i-many. (0.10 seconds)



I-many                                            Contract Management SW
www.ModelN.com     Gain Revenue Lifecycle Visibility Optimize     Contract management software will
Pricing Processes                                 grow revenue, decrease costs & risk
                                                  www.nextance.com/contractmanagement
I-many Inc. - Contract Lifecycle Management Solutions
                                                  Procuri & Ariba Customers
A supplier of internet-enabled business-to-business     Convert For Free
settlement solutions. The software empowers companies to manage     To Emptoris - Read More
promotional trade funds and ... ⊞Stock quote for IMNY     www.emptoris.com
www.imany.com - 23k - Cached - Similar pages
     About i-many - www.imany.com/company.html     Free Aberdeen Report
     Contact Form - www.imany.com/contact.html     Free 2006 Aberdeen Benchmark Report
     News and Events - www.imany.com/newsAndEvents.html     on Contract Management Solutions
     Services - www.imany.com/services.html     www.Selectica.com
     More results from www.imany.com »

I-many Inc. - About I-many

Since its founding in 1989, I-many has been focused on a single
goal: to be the leader in contract and transaction compliance
management solutions. ...
www.imany.com/company.html - 24k - Cached - Similar pages

IMNY: Profile for I-MANY INC - Yahoo! Finance

See the company profile for I-MANY INC (IMNY) including business summary,
industry/sector information, number of employees, business summary, ...
⊞Map of 399 Thornall St, Edison, NJ 08837
finance.yahoo.com/q/pr?s=imny - 28k - Cached - Similar pages

     IMNY: Summary for I-MANY INC - Yahoo! Finance

     Get detailed information on I-MANY INC (IMNY) including quote performance. Real-Time
     ECN, technical chart analysis, key stats, insider transactions. ...
     finance.yahoo.com/q?s=imny - 39k - Cached - Similar pages
     [ More results from finance.yahoo.com ]

MySpaceTV: Search Results for Tag "Imany"

Upload and share videos, find and watch funny clips, vote and comment on your favorites,
subscribe to online video channels, add cool videos to your MySpace ...
vids.myspace.com/index.cfm?fuseaction=vids.search&t=Imany - 16k -
Cached - Similar pages

     MySpaceTV: IMANY

     4min & Imany by IMANY. Watch it on MySpaceTV. ... 4min & Imany. 3:30. In 4 minutes you
     get know what I'm about. In 4 min you get to hear my French accent ...
     vids.myspace.com/index.cfm?fuseaction=vids.Channel&ChannelID=55790574 - 18k -
     Cached - Similar pages
     [ More results from vids.myspace.com ]

I-Many Inc. (IMNY): Stock Quote & Company Information

Get I-Many Inc. (IMNY) stock research & investing information. Find historical stock quotes,