# EXHIBIT G

  

Search   Traffic Rankings   Directory   Alexa Toolbar   Developer's Corner   Blog

**Alexa** — The Web Information Company    powered by Alexa Web Search    Search   Advanced

Results 1 - 10 of about 9,469,723 for l-many                                Search Preferences

Sponsored Links

**I-many**
Gain Revenue Lifecycle Visibility Optimize Pricing Processes
www.ModelN.com

**Free Aberdeen Report**
Free 2006 Aberdeen Benchmark Report on Contract Management Solutions
www.Selectica.com


**YouTube - Broadcast Yourself. - Is there a limit to how many videos...**
Enables users to search the Web, Usenet, and images. Features include PageRank, caching and translation of results, and
www.google.com/support/youtube/bin/answer.py?answe   - Cached
Rank  3 | Site info for google.com


**How many colors should i use for my printing project? print b...**
www.printquotesdirect.com/printing101/how_many_col   - Cached
Rank  463,337 | Site info for printquotesdirect.com


**Joomlashack Template Support - How many licenses do I need for my site?**
JoomlaShack provides templates and downloads for Joomla developers and end user for the Joomla CMS software platform [Op
www.joomlashack.com/support/index.php?_m=knowledge   - Cached
Rank  8,235 | Site info for joomlashack.com


**I love you in many languages**
www.theholidayspot.com/valentine/wish101languages   - Cached
Rank  82,528 | Site info for theholidayspot.com


**How Many Colors Can I Use?**
www.printbusinesscards.com/questions/FAQ-Business-   - Cached
Rank  139,363 | Site info for printbusinesscards.com


**Seth's Blog: Who knew I could be wrong in so many ways**
Seth Godin's riffs on marketing, respect, and the ways ideas spread.
sethgodin.typepad.com/seths_blog/2007/07/who-knew-   - Cached
Rank  9,412 | Site info for sethgodin.typepad.com


**Calorie-Count.com FAQs :: How many calories should I be eating every day?**
Nutrition & Weight Loss Basics : How many calories should I be eating every day? ...
www.calorie-count.com/calories/help.php?id=25   - Cached
Rank  7,740 | Site info for calorie-count.com