# EXHIBIT H

I-many   Showing 1-10 of 97,500                    MyStuff    Options



Web | Images | City | News | More »

I-many

Advanced

**Narrow Your Search**
I-many Inc

**Expand Your Search**
Askj

**I-many**
Sponsored Results
Gain Revenue Lifecycle
Visibility Optimize Pricing
Processes
www.ModelN.com

**Stock Quote**
I-Many Inc (IMNY)
Last  **2.86**
% Change  **+0.0%**
Trade time  2:05 PM ET
Disclaimer  All data is delayed by 15 mins
More »

**Free Aberdeen Report**
Free 2006 Aberdeen
Benchmark Report on Contract
Management Solutions
www.Selectica.com

**I-many Inc. - Contract Lifecycle Management Solutions**
A supplier of Internet-enabled business-to-business financial settlement solutions. The software empowers companies to manage promotional ...
www.imany.com/   Cached

**I-many Inc. - Contract Lifecycle Management Solutions**
I-many delivers advanced Contract Lifecycle Management (CLM) solutions to manage corporate commitments for Revenue and Spend optimization ...
www.imany.com/businessSolutions.html
More Results from www.imany.com

**IMNY: Summary for I-MANY INC - Yahoo! Finance**
Get detailed information on I-MANY INC (IMNY) including quote performance, Real-Time ECN, technical chart analysis, key stats, insider ...
finance.yahoo.com/q?s=IMNY

**I-many Grosses $25M**
February 19, 2002 I-many Grosses $25M By boston.internet.com Staff I-