# EXHIBIT I



Home | Bookmark Info.com | Make Info.com your Homepage | Vis

Web   Reference   News   Images   Video   Health   Shop   Classifieds   eBay   Flights   Hotels   T

How to get a better search result    Search: I-Many    Find
• Advanced Web Search
• Preferences

Info.com searched: Google, Yahoo!, Windows Live, Ask, LockSmart, Open Directory - Learn More

Web results from 14 search engines for **I-Many**

### Web Results

- **I-many** Inc. - About **I-many**
  Since its founding in 1989, **I-many** has been focused on a single goal: to be the leader in contract and transaction compliance management solutions. ...
  http://www.imany.com/company.html

- IMNY: Summary for **I-MANY** INC - Yahoo! Finance
  Get detailed information on **I-MANY** INC (IMNY) including quote performance, Real-Time ECN, technical chart analysis, key stats, insider transactions, ...
  http://finance.yahoo.com/q?s=imny

- **I-many** Release Refocuses on Life Sciences Contract Management
  After several financial and managerial fits and starts in life sciences, **I-many** is attempting to reinvigorate its approach to the market by amplifying its product offering, Contract Management Suite ...
  http://www.gartner.com/DisplayDocument?id=507949&ref=g_s...

- IMNY: Profile for **I-MANY** INC - Yahoo! Finance
  See the company profile for **I-MANY** INC (IMNY) including business summary, industry/sector information, number of employees, business summary, ...
  http://finance.yahoo.com/q/pr?s=imny

- the scent of green bananas: how many?!
  how many asian women have blogs about food? i don't know, but this is another one.
  http://scentofgreenbananas.blogspot.com/2004/12/how-many.htm...

- Radio June 2007 Archive
  http://radio.about.com/b/a/2007_06_19.htm

- **i-many** inc.
  Error. Page cannot be displayed. Please contact service provider for more details. ...
  http://www.i-many.com/

- Imus Critic Under Fire for His Own Offensive Remarks
  Imus Critic Under Fire for His Own Offensive Remarks, Radio, NBC weatherman, Al Roker, was one of Don Imus vocal critics after the I-man got
  http://radio.about.com/b/a/258065.htm

- **I-Many** Inc. (IMNY): Stock Quote & Company Information
  Get **I-Many** Inc. (IMNY) stock research & investing information. Find historical stock quotes, key competitors, stock data, executive management and the ...

### Sponsored Results

- **I-many**
  Gain Revenue Lifecycle Visibility Opt
  http://www.ModelN.com/

- Free Aberdeen Report
  Free 2006 Aberdeen Benchmark Rep Management Solutions
  http://www.Selectica.com/

- **I-Many** Contract Lifecycle Manag
  Advanced business solutions for con transaction compliance, and revenue
  http://www.imany.com

- **I-Many**, Inc: In-Depth Company I
  Go to Hoover's for in-depth, first-ha provided by business experts. Get a bios, financials, news, industry trend
  http://www.hoovers.com

- I Many
  Looking for i many? Find exactly wh
  http://www.eBay.com

- ? Many Ringtones ?
  Ringtones From Many, No Credit Ca
  http://www.RingTonesBounty.com

- Many Ringtones
  Download & Listen to Many Ringtone
  http://www.RingTonesLab.com

- Many
  Many Online. Shop Target.com.
  http://www.Target.com

- Lodging in Many Louisiana
  Comfortable Many Louisiana lodging
  http://www.traveltoday.com/manyla

- Many Lodging Deals
  Book your Many vacation at BestHot
  http://www.besthotelsnetwork.com