# EXHIBIT J

Lycos Home | Lycos Mail



- WEB
- IMAGE
- VIDEO
- PEOPLE
- LOCAL
- SHOPPING
- CLASSIFIEDS

I-Many      GO GET IT

**SPONSORED LINKS**

- **I-many** - www.ModelN.com
  Gain Revenue Lifecycle Visibility Optimize Pricing Processes

- Free Aberdeen Report - www.Selectica.com
  Free 2006 Aberdeen Benchmark Report on Contract Management Solutions

**Web Results provided by**  - 1 thru 10 of 98,400 (Info)

1. **I-many** Inc. - Contract Lifecycle Management Solutions
   A supplier of Internet-enabled business-to-business financial settlement solutions. The software empowers companies to manage promotional ...
   http://www.imany.com/

2. **I-many** Inc. - CARS
   Increase Chargeback Efficiencies with a New HDMA EDI Standard, by McKesson & **I-many** » On-demand Webinar ... Introducing **I-many** CARS and ...
   http://www.imany.com/cars.html

3. IMNY: Summary for **I-MANY** INC - Yahoo! Finance
   Get detailed information on **I-MANY** INC (IMNY) including quote performance, Real-Time ECN, technical chart analysis, key stats, insider ...
   http://finance.yahoo.com/q?s=IMNY

4. **I-many** Grosses $25M
   February 19, 2002 **I-many** Grosses $25M By boston.internet.com Staff **I-many** (Quote), a Portland, Maine, contract management software maker, ...
   http://www.internetnews.com/asp-news/article.php/976481

5. **I-many**, Inc.-**I-many** Offers Pre-Release Pricing for Existing ...
   **I-many** Offers Pre-Release Pricing for Existing Customers Wanting to Implement Next Generation Solutions ... 2007 MAR 6 -- **I-many**, Inc.
   http://www.newsrx.com/articles/487892.html

6. ITworld.com - **I-many** to acquire Provato
   Fortifying its position in the business-to-business contract and trade relationship management space, Portland, Maine-based **I-many** on Thursday ...
   http://www.itworld.com/Tech/2428/IWD010419hnimany/

7. **I-many**, Inc.
   I will reach into my Blackjack strategy bag and pull out 3 Blackjack tips you've ...
   http://www.imanyinc.com/

8. QUA -- Archival Resources for Teachers -- World War I