# EXHIBIT K



| | Web | News | Images | Videos | Yellow Pages | White Pages |

I-many

Help                                                    Search

                                                    Power Search

- metasearch results - about these results                · refine your search

**Sponsored Links**                                     There are no suggestions for
                                                        the query **I-many**
**I-many** - Gain Revenue Lifecycle Visibility Optimize Pricing Processes
http://www.ModelN.com

Free Buyer's Guide - 5 Things You Need to Know Before You Buy Contract
Management Systems
http://www.Selectica.com

**Search Results** 1-15 of 41 for **I-many**    **1** 2 3 [Next]

1. **I-many** Inc. - Contract Lifecycle Management Solutions
   A supplier of Internet-enabled business-to-business financial
   settlement solutions. The software empowers companies to
   manage promotional ...
   http://www.imany.com [ Ask.com, Gigablast, Entireweb ]

2. **I-many**, Inc.
   Developer of integratable software solutions that optimize the
   management of healthcare sales agreements for
   pharmaceutical and medical surgical ...
   http://www.imanyinc.com [ Business.com, Ask.com ]

3. **I-many** Inc. - CARS
   Increase Chargeback Efficiencies with a New HDMA EDI
   Standard, by McKesson & **I-many** » On-demand Webinar ...
   Introducing **I-many** CARS and ...
   http://www.imany.com/cars.html [ Ask.com ]

4. IMNY: Summary for **I-MANY** INC - Yahoo! Finance
   Get detailed information on **I-MANY** INC (IMNY) including
   quote performance, Real-Time ECN, technical chart analysis,
   key stats, insider ...
   http://finance.yahoo.com/q?s=IMNY [ Ask.com ]

5. **I-many** (IMNY) Stock Charts - Technical Analysis and Charting
   Visit the link for details.
   http://www.investorguide.com/stock-charts.cgi?ticker=IMNY
   [ Gigablast ]

6. **I-many** Grosses $25M
   February 19, 2002 **I-many** Grosses $25M By
   boston.internet.com Staff **I-many** (Quote), a Portland, Maine,
   contract management software maker, ...
   http://www.internetnews.com/asp-news/article.php/976481 [ Ask.com ]

7. **I-many** Continues Buying Spree
   Visit the link for details.
   http://www.internetnews.com/ent-news/article.php/999741 [ Gigablast ]

8. **I-Many**, Inc.
   **I-many**, Inc.. The Group's principal activities are to provide
   software and Internet-based solutions and related professional
   services. The services of the Group enable the clients to ...
   http://www.business.com/directory/computers_and_software/computer
   [ Business.com ]

9. **I-many**, Inc.-**I-many** Offers Pre-Release Pricing for Existing ...