# EXHIBIT L

Advanced Search   Settings   Help

Web   Images   Video   News   Local BETA   more >>

I-Many

SafeSearch is on. Click here to turn it off.

**I-many**
Gain Revenue Lifecycle Visibility Optimize Pricing Processes
www.ModelN.com

Sponsored Links

**Free Buyer's Guide**
5 Things You Need to Know Before You Buy Contract Management Systems
www.Selectica.com

**IMNY (I-MANY INC)**

From AOL Money: News & Analysis | Company Profile | Detailed Quote



**2.86**   00.00 (00.00% )
as of 02:05PM EDT on 09/27/07
NASDAQ - 15 min delay

Enlarge chart

1 day | 6 months | 1 year

Web Results Enhanced By                Learn More

**I-many Inc. - Contract Lifecycle Management Solutions**
A supplier of Internet-enabled business-to-business financial settlement solutions. The software empowers companies to manage promotional trade funds and ...
www.imany.com/

**I-many Inc. - About I-many**
Since its founding in 1989, I-many has been focused on a single goal: to be the leader in contract and transaction compliance management solutions. ...
www.imany.com/company.html

**IMNY: Profile for I-MANY INC - Yahoo! Finance**
See the company profile for I-MANY INC (IMNY) including business summary, industry/sector information, number of employees, business summary, ...
finance.yahoo.com/q/pr?s=imny

**IMNY: Summary for I-MANY INC - Yahoo! Finance**
Get detailed information on I-MANY INC (IMNY) including quote performance, Real-Time ECN, technical chart analysis, key stats, insider transactions, ...
finance.yahoo.com/q?s=imny

**I-Many Inc. (IMNY): Stock Quote & Company Information**
Get I-Many Inc. (IMNY) stock research & investing information. Find historical stock quotes, key competitors, stock data, executive management and the ...
investing.businessweek.com/research/stocks/snapshot/snapshot.asp?capId=1026...

**MySpaceTV: Search Results for Tag "imany"**
Upload and share videos, find and watch funny clips, vote and comment on your favorites, subscribe to