# EXHIBIT M

Sponsored Links

**I-many**
www.ModelN.com Gain Revenue Lifecycle Visibility Optimize Pricing Processes

**Free Buyer's Guide**
www.Selectica.com 5 Things You Need to Know Before You Buy Contract Management Systems

### IMNY (I-MANY INC)
From AOL Money: News & Analysis | Company Profile | Detailed Quote



**2.86** 00.00 (00.00%)
as of 02:17PM EDT on 09/27/07
NASDAQ - 15 min delay
Enlarge chart

1 day | 6 months | 1 year

### I-many Inc. - Contract Lifecycle Management Solutions
A supplier of Internet-enabled business-to-business financial settlement solutions. The software empowers companies to manage promotional trade funds and ...
www.imany.com/ - 23k - Similar pages

#### I-many Inc. - About I-many
Since its founding in 1989, I-many has been focused on a single goal: to be the leader in contract and transaction compliance management solutions. ...
www.imany.com/company.html - 24k - Similar pages
[ More results from www.imany.com ]

### IMNY: Profile for I-MANY INC - Yahoo! Finance
See the company profile for I-MANY INC (IMNY) including business summary, industry/sector information, number of employees, business summary, ...
finance.yahoo.com/q/pr?s=imny - 28k - Similar pages

#### IMNY: Summary for I-MANY INC - Yahoo! Finance
Get detailed information on I-MANY INC (IMNY) including quote performance, Real-Time ECN, technical chart analysis, key stats, insider transactions, ...
finance.yahoo.com/q?s=imny - 39k - Similar pages
[ More results from finance.yahoo.com ]

### I-Many Inc. (IMNY): Stock Quote & Company Information
Get I-Many Inc. (IMNY) stock research & investing information. Find historical stock quotes, key competitors, stock data, executive management and the ...
investing.businessweek.com/research/stocks/snaps... - 60k - Similar pages

### MySpaceTV: Search Results for Tag "imany"
Upload and share videos, find and watch funny clips, vote and comment on your favorites, subscribe to online video channels, add cool videos to your MySpace ...
vids.myspace.com/index.cfm?fuseaction=vids.searc... - 18k - Similar pages

### I-many Inc. - Contract Lifecycle Management Solutions - Inve...
I-many, the industry leader in Contract Management solutions, is at the epicenter of business-to-business commerce. Goldman Sachs recently hailed I-many as ...
phx.corporate-ir.net/phoenix.zhtml?c=122987&p=ir... - 30k - Similar pages

### Solutions Catalog: I-many, Inc. Overview
I-many (NASDAQ: IMNY) delivers the most advanced Enterprise Contract Management solutions for managing corporate commitments. Designed to extend beyond the ...