IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I-MANY, INC., | No. C 07-05149 CW |
|     Plaintiff, | |
|   v. | ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS |
| MODEL N, INC., | |
|     Defendant. | |

On October 29, 2007, Defendant Model N, Inc. moved to dismiss the complaint filed by Plaintiff I-Many, Inc. On November 15, Plaintiff filed an amended complaint. Rule 15(a) of the Federal Rules of Civil Procedure provides that "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served." A motion to dismiss is not a "responsive pleading" within the meaning of Rule 15. <u>CRST Van Expedited, Inc. v. Werner Enterprises, Inc.</u>, 479 F.3d 1099, 1104 n.3 (9th Cir. 2007); <u>Crum v. Circus Circus Enterprises</u>, 231 F.3d 1129, 1130 n.3 (9th Cir. 2000). Because Defendant's motion to dismiss is not directed at the operative pleading, it is DENIED without prejudice as moot. The motion hearing scheduled for

December 6, 2007 is VACATED.

    IT IS SO ORDERED.

Dated: 11/29/07

CLAUDIA WILKEN
United States District Judge