RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
SONGMEE CONNOLLY (CSB NO. 228555)
sconnolly@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

BRIAN W. CARVER (CSB NO. 244878)
bcarver@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
MODEL N, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| I-MANY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MODEL N, INC.,<br><br>    Defendant. | Case No. C 07-05149 CW<br><br>**ANSWER OF DEFENDANT MODEL N TO I-MANY'S FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND FALSE ADVERTISING** |

    Defendant Model N, Inc. ("Model N"), by and through its undersigned counsel, answers the First Amended Complaint ("First Amended Complaint") of plaintiff I-many, Inc. ("I-many") as follows:

**COMPLAINT**

    1.  Model N is without knowledge or information sufficient to form a belief as to the truth or falsity of the averments contained in paragraph 1 of the First Amended Complaint and on

| | |
|---|---|
| ANSWER TO FIRST AMENDED COMPLAINT | CASE NO. C 07-05149 CW |

that basis denies each and every averment contained therein.

2. Model N admits the averment contained in paragraph 2 of the First Amended Complaint.

3. Model N denies each and every allegation contained in paragraph 3 of the First Amended Complaint, except that Model N admits that the First Amended Complaint purports to be an action for trademark infringement and unfair competition under the laws of the United States and under the laws of the State of California.

4. Model N admits that the Court has subject matter jurisdiction pursuant to 15 U.S.C. §1116, §1121, and 28 U.S.C. §1338 and that this Court has supplemental jurisdiction over state claims in this action under 28 U.S.C. §1367(a).

5. Model N neither admits nor denies the averments contained in paragraph 5 of the First Amended Complaint to the extent that those averments are conclusions of law to which no response is required. To the extent that those averments may be deemed averments of fact, Model N denies each and every one of them, except that Model N admits that it resides, is domiciled, and/or transacts business in the State of California and this district, and that the Court has personal jurisdiction over Model N.

6. Model N neither admits nor denies the averments contained in paragraph 6 of the First Amended Complaint to the extent that those averments are conclusions of law to which no response is required. To the extent that those averments may be deemed averments of fact, Model N denies each and every one of them, except that Model N admits that it resides in this district, the Court has personal jurisdiction over Model N, and venue in this district is proper.

7. Model N is without knowledge or information sufficient to form a belief as to the truth or falsity of the averments contained in paragraph 7 of the First Amended Complaint and on that basis denies each and every averment contained therein.

8. Model N is without knowledge or information sufficient to form a belief as to the truth or falsity of the averments contained in paragraph 8 of the First Amended Complaint and on that basis denies each and every averment contained therein.

9. Model N is without knowledge or information sufficient to form a belief as to the

1  truth or falsity of the averments contained in paragraph 9 of the First Amended Complaint and on
2  that basis denies each and every averment contained therein.

3        10.    Model N is without knowledge or information sufficient to form a belief as to the
4  truth or falsity of the averments contained in paragraph 10 of the First Amended Complaint and
5  on that basis denies each and every averment contained therein.

6        11.    Model N is without knowledge or information sufficient to form a belief as to the
7  truth or falsity of the averments contained in paragraph 11 of the First Amended Complaint and
8  on that basis denies each and every averment contained therein, except that Model N admits that
9  Exhibit A to the First Amended Complaint purports to attach a copy of Registration No.
10 2,459,331 on the Principal Register of the United States Patent and Trademark Office, and that,
11 on its face, Registration No. 2,459,331 is for an "IMANY" trademark and bears a registered date
12 of June 12, 2001.

13       12.    Model N is without knowledge or information sufficient to form a belief as to the
14 truth or falsity of the averments contained in paragraph 12 of the First Amended Complaint and
15 on that basis denies each and every averment contained therein, except that Model N admits that
16 Exhibit B to the First Amended Complaint purports to attach a copy of Registration No.
17 2,535,589 on the Principal Register of the United States Patent and Trademark Office, and that,
18 on its face, Registration No. 2,535,589 is for a stylized trademark and bears a registered date of
19 February 5, 2002.

20       13.    Model N is without knowledge or information sufficient to form a belief as to the
21 truth or falsity of the averments contained in paragraph 13 of the First Amended Complaint and
22 on that basis denies each and every averment contained therein.

23       14.    Model N is without knowledge or information sufficient to form a belief as to the
24 truth or falsity of the averments contained in paragraph 14 of the First Amended Complaint and
25 on that basis denies each and every averment contained therein, except that Model N admits that
26 Exhibit C to the First Amended Complaint purports to attach a copy of Registration No.
27 2,601,852 on the Principal Register of the United States Patent and Trademark Office, and that,
28 on its face, Registration No. 2,601,852 is for an "IMANY" service mark and bears a registered

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  date of July 30, 2002.

2  15. Model N is without knowledge or information sufficient to form a belief as to the truth or falsity of the averments contained in paragraph 15 of the First Amended Complaint and on that basis denies each and every averment contained therein, except that Model N admits that Exhibit D to the First Amended Complaint purports to attach a copy of Registration No. 2,516,486 on the Principal Register of the United States Patent and Trademark Office, and that, on its face, Registration No. 2,516,486 is for a stylized service mark and bears a registered date of December 11, 2001.

16. Model N is without knowledge or information sufficient to form a belief as to the truth or falsity of the averments contained in paragraph 16 of the First Amended Complaint and on that basis denies each and every averment contained therein.

17. Model N is without knowledge or information sufficient to form a belief as to the truth or falsity of the averments contained in paragraph 17 of the First Amended Complaint and on that basis denies each and every averment contained therein.

18. Model N is without knowledge or information sufficient to form a belief as to the truth or falsity of the averments contained in paragraph 18 of the First Amended Complaint and on that basis denies each and every averment contained therein.

19. Model N is without knowledge or information sufficient to form a belief as to the truth or falsity of the averments contained in paragraph 19 of the First Amended Complaint and on that basis denies each and every averment contained therein.

20. Model N is without knowledge or information sufficient to form a belief as to the truth or falsity of the averments contained in paragraph 20 of the First Amended Complaint and on that basis denies each and every averment contained therein, except that Model N admits that it has been in direct competition with I-many and that Model N provides software and related services to manage contract and transaction compliance for life science companies.

21. Model N denies each and every allegation contained in paragraph 21 of the First Amended Complaint, except that Model N admits that it has used Google's AdWords program.

22. Model N denies each and every allegation contained in paragraph 22 of the First

ANSWER TO FIRST AMENDED COMPLAINT    4    CASE NO. C 07-05149 CW

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Amended Complaint, except as to the averment, "For example, when signing up for Google's Standard Edition AdWords Program, the following words appear in a pop-up when selecting keywords: 'Keep in mind that you alone are responsible for the keywords you select and for making sure that your use of the keywords does not violate any applicable laws, including any applicable trademark laws,'" Model N is without knowledge or information sufficient to form a belief as to the truth or falsity of the averment and on that basis denies the averment.

23. Model N denies each and every allegation contained in paragraph 23 of the First Amended Complaint.

24. In response to paragraph 24, Model N is without knowledge or information sufficient to form a belief as to the truth or falsity of the averments, "When a user enters the term…the user is taken directly to Model N's web page advertising Model N's products as shown in Exhibit E hereto," and on that basis denies those averments. Model N admits that Exhibit E purports to be a printout of Model N's web page and Exhibit F purports to be a printout of Google search results. As to the remaining averments in paragraph 24 of the First Amended Complaint, Model N denies each and every one therein.

25. In response to paragraph 25, Model N is without knowledge or information sufficient to form a belief as to the truth or falsity of the averments, "When a user enters the term…the user is taken directly to Model N's web page advertising Model N's products," and on that basis denies those averments. Model N admits that Exhibit G purports to be a printout of alexa.com search results. As to the remaining averments in paragraph 25 of the First Amended Complaint, Model N denies each and every one therein.

26. In response to paragraph 26, Model N is without knowledge or information sufficient to form a belief as to the truth or falsity of the averments, "When a user enters the term…the user is taken directly to Model N's web page advertising Model N's products," and on that basis denies those averments. Model N admits that Exhibit H purports to be a printout of ask.com search results. As to the remaining averments in paragraph 26 of the First Amended Complaint, Model N denies each and every one therein.

27. In response to paragraph 27, Model N is without knowledge or information

sufficient to form a belief as to the truth or falsity of the averments, "When a user enters the term…the user is taken directly to Model N's web page advertising Model N's products," and on that basis denies those averments. Model N admits that Exhibit I purports to be a printout of info.com search results. As to the remaining averments in paragraph 27 of the First Amended Complaint, Model N denies each and every one therein.

28. In response to paragraph 28, Model N is without knowledge or information sufficient to form a belief as to the truth or falsity of the averments, "When a user enters the term…the user is taken directly to Model N's web page advertising Model N's products," and on that basis denies those averments. Model N admits that Exhibit J purports to be a printout of lycos.com search results. As to the remaining averments in paragraph 28 of the First Amended Complaint, Model N denies each and every one therein.

29. In response to paragraph 29, Model N is without knowledge or information sufficient to form a belief as to the truth or falsity of the averments, "When a user enters the term…the user is taken directly to Model N's web page advertising Model N's products," and on that basis denies those averments. Model N admits that Exhibit K purports to be a printout of mamma.com search results. As to the remaining averments in paragraph 29 of the First Amended Complaint, Model N denies each and every one therein.

30. In response to paragraph 30, Model N is without knowledge or information sufficient to form a belief as to the truth or falsity of the averments, "When a user enters the term…the user is taken directly to Model N's web page advertising Model N's products," and on that basis denies those averments. Model N admits that Exhibit L purports to be a printout of netscape.com search results. As to the remaining averments in paragraph 30 of the First Amended Complaint, Model N denies each and every one therein.

31. In response to paragraph 31, Model N is without knowledge or information sufficient to form a belief as to the truth or falsity of the averments, "When a user enters the term…the user is taken directly to Model N's web page advertising Model N's products," and on that basis denies those averments. Model N admits that Exhibit M purports to be a printout of search.aol.com search results. As to the remaining averments in paragraph 31 of the First

1  Amended Complaint, Model N denies each and every one therein.

2      32.    Model N denies each and every allegation contained in paragraph 32 of the First Amended Complaint, except that Model N is without knowledge or information sufficient to form a belief as to the truth or falsity of the averment, "The advertisements described in paragraphs twenty-four (24) through thirty-one (31) are examples of those discovered by I-many," and denies the averment on that basis.

    33.    Model N denies each and every allegation contained in paragraph 33 of the First Amended Complaint.

    34.    Model N denies each and every allegation contained in paragraph 34 of the First Amended Complaint.

    35.    Model N denies each and every allegation contained in paragraph 35 of the First Amended Complaint.

    36.    Model N denies each and every allegation contained in paragraph 36 of the First Amended Complaint.

    37.    Model N denies each and every allegation contained in paragraph 37 of the First Amended Complaint.

    38.    Model N denies each and every allegation contained in paragraph 38 of the First Amended Complaint.

    39.    Model N denies each and every allegation contained in paragraph 39 of the First Amended Complaint.

### COUNT ONE –
### INFRINGEMENT OF REGISTERED TRADEMARK AND SERVICE MARK
(15 U.S.C. §1114)

    40.    Model N admits that I-many incorporates by reference paragraphs one (1) through thirty-nine (39) and Model N's answers to paragraphs one (1) through thirty-nine (39) are hereby incorporated in this answer to paragraph 40 of the First Amended Complaint.

    41.    Model N denies each and every allegation contained in paragraph 41 of the First Amended Complaint.

    42.    Model N denies each and every allegation contained in paragraph 42 of the First

1  Amended Complaint.

2  43. Model N denies each and every allegation contained in paragraph 43 of the First
3  Amended Complaint.

4  44. Model N denies each and every allegation contained in paragraph 44 of the First
5  Amended Complaint.

6  45. Model N denies each and every allegation contained in paragraph 45 of the First
7  Amended Complaint.

**COUNT TWO –
INFRINGEMENT OF TRADEMARK AND SERVICE MARK THROUGH FALSE
DESIGNATION OF ORIGIN AND FALSE DESCRIPTION AND REPRESENTATION**
(15 U.S.C. §1125(a))

11  46. Model N admits that I-many incorporates by reference paragraphs one (1) through
12  forty-five (45) and Model N's answers to paragraphs one (1) through forty-five (45) are hereby
13  incorporated in this answer to paragraph 46 of the First Amended Complaint.

14  47. Model N denies each and every allegation contained in paragraph 47 of the First
15  Amended Complaint.

16  48. Model N denies each and every allegation contained in paragraph 48 of the First
17  Amended Complaint.

18  49. Model N denies each and every allegation contained in paragraph 49 of the First
19  Amended Complaint.

20  50. Model N denies each and every allegation contained in paragraph 50 of the First
21  Amended Complaint.

22  51. Model N denies each and every allegation contained in paragraph 51 of the First
23  Amended Complaint.

24  52. Model N denies each and every allegation contained in paragraph 52 of the First
25  Amended Complaint.

26  53. Model N denies each and every allegation contained in paragraph 53 of the First
27  Amended Complaint.

28  54. Model N denies each and every allegation contained in paragraph 54 of the First

ANSWER TO FIRST AMENDED COMPLAINT     8     CASE NO. C 07-05149 CW

Amended Complaint.

## COUNT THREE –
## TRADEMARK AND SERVICE MARK INFRINGEMENT
## UNDER CALIFORNIA COMMON LAW

55. Model N admits that I-many incorporates by reference paragraphs one (1) through fifty-four (54) and Model N's answers to paragraphs one (1) through fifty-four (54) are hereby incorporated in this answer to paragraph 55 of the First Amended Complaint.

56. Model N denies each and every allegation contained in paragraph 56 of the First Amended Complaint.

## COUNT FOUR –
## UNFAIR COMPETITION UNDER COMMON LAW

57. Model N admits that I-many incorporates by reference paragraphs one (1) through fifty-six (56) and Model N's answers to paragraphs one (1) through fifty-six (56) are hereby incorporated in this answer to paragraph 57 of the First Amended Complaint.

58. Model N denies each and every allegation contained in paragraph 58 of the First Amended Complaint.

59. Model N denies each and every allegation contained in paragraph 59 of the First Amended Complaint.

## COUNT FIVE –
## UNFAIR COMPETITION UNDER CALIFORNIA LAW
(Cal. Bus. & Prof. Code §§ 17200 *et seq.*)

60. Model N admits that I-many incorporates by reference paragraphs one (1) through fifty-nine (59) and Model N's answers to paragraphs one (1) through fifty-nine (59) are hereby incorporated in this answer to paragraph 60 of the First Amended Complaint.

61. Model N denies each and every allegation contained in paragraph 61 of the First Amended Complaint.

62. Model N denies each and every allegation contained in paragraph 62 of the First Amended Complaint.

63. Model N denies each and every allegation contained in paragraph 63 of the First Amended Complaint.

1  64. Model N denies each and every allegation contained in paragraph 64 of the First Amended Complaint.

3  65. Model N denies each and every allegation contained in paragraph 65 of the First Amended Complaint.

5  66. Model N denies each and every allegation contained in paragraph 66 of the First Amended Complaint.

7  67. Model N denies each and every allegation contained in paragraph 67 of the First Amended Complaint.

9  68. Model N denies each and every allegation contained in paragraph 68 of the First Amended Complaint.

11  69. Model N denies each and every allegation contained in paragraph 69 of the First Amended Complaint.

### COUNT SIX –
### FALSE ADVERTISING
(Cal. Bus. & Prof. Code §§ 17500 *et seq.*)

70. Model N admits that I-many incorporates by reference paragraphs one (1) through sixty-nine (69) and Model N's answers to paragraphs one (1) through sixty-nine (69) are hereby incorporated in this answer to paragraph 70 of the First Amended Complaint.

71. Model N denies each and every allegation contained in paragraph 71 of the First Amended Complaint.

72. Model N denies each and every allegation contained in paragraph 72 of the First Amended Complaint.

73. Model N denies each and every allegation contained in paragraph 73 of the First Amended Complaint.

74. Model N denies each and every allegation contained in paragraph 74 of the First Amended Complaint.

75. Model N denies each and every allegation contained in paragraph 75 of the First Amended Complaint.

76. Model N denies that I-many is entitled to any relief against it.

ANSWER TO FIRST AMENDED COMPLAINT — 10 — CASE NO. C 07-05149 CW

77.     Any allegations in the First Amended Complaint not expressly admitted herein, including without limitation any allegations made in the headings in the First Amended Complaint, are hereby denied.

**AFFIRMATIVE DEFENSES**

As separate and affirmative defenses to I-many's First Amended Complaint and to each cause of action, claim, and allegation contained therein, Model N states as follows:

First Affirmative Defense – No Damages

78.     I-many has not been damaged in any amount, manner or at all by reason of any act alleged against Model N in the First Amended Complaint, and therefore, the relief prayed for in the First Amended Complaint cannot be granted.

Second Affirmative Defense – Mootness

79.     I-many's requests for injunctive relief are moot.

Third Affirmative Defense – Failure to Mitigate

80.     I-many has failed to act reasonably to mitigate the damages alleged in the First Amended Complaint.

Fourth Affirmative Defense – Failure to State a Cause of Action

81.     Each cause of action in the First Amended Complaint fails to state facts sufficient to constitute a cause of action against Model N.

Fifth Affirmative Defense – Unclean Hands

82.     Each cause of action in the First Amended Complaint is barred by the doctrine of unclean hands.

Fifth Affirmative Defense – Estoppel

83.     Each cause of action in the First Amended Complaint is barred by the doctrine of estoppel.

Sixth Affirmative Defense – Waiver

84.     Each cause of action in the First Amended Complaint is barred by the doctrine of waiver.

ANSWER TO FIRST AMENDED COMPLAINT     11     CASE NO. C 07-05149 CW

Seventh Affirmative Defense – Preemption

85.   I-many's state law claims are barred, in whole or in part, on the grounds that they conflict with and are preempted by federal law.

WHEREFORE, Model N prays for judgment on the First Amended Complaint as follows:

A.   That judgment be entered in Model N's favor and against I-many on all counts of the First Amended Complaint and the First Amended Complaint be dismissed with prejudice;

C.   That I-many take nothing by way of its First Amended Complaint;

C.   For costs of suit, including reasonable attorneys' fees, expenses and costs; and

D.   For such other and further relief as this Court may deem just and proper.

Dated: December 6, 2007               FENWICK & WEST LLP


By:   /s/ Rodger R. Cole
              Rodger R. Cole

Attorneys for Defendant
MODEL N, INC.