RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
SONGMEE CONNOLLY (CSB NO. 228555)
sconnolly@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

BRIAN W. CARVER (CSB NO. 244878)
bcarver@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
MODEL N, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

I-MANY, INC.,

Plaintiff,

v.

MODEL N, INC.,

Defendant.

Case No. C 07-05149 CW

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Zack Rinat, Accel Partners and Meritech Capital (major shareholders in defendant Model N).

.

Dated: December 6, 2007

FENWICK & WEST LLP

By: / s / Rodger R. Cole
Rodger R. Cole

Attorneys for Defendant
MODEL N

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW