KEITH L. SLENKOVICH, CA BAR NO. 129793
kslenkovich@thelen.com
TOMOMI HARKEY, CA BAR NO. 244886
tharkey@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA  95113
Telephone: (408) 292–5800
Facsimile:  (408) 287–8040

Attorneys for Plaintiff
I-many, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| I-MANY, INC., | Case No.: C 07-05149 CW |
| Plaintiff, | |
| vs. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| MODEL N, INC., | |
| Defendant. | |

1 **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

2   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
3 associations of persons, firms, partnerships, corporations (including parent corporations) or other
4 entities (i) have a financial interest in the subject matter in controversy or in a party to the
5 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
6 substantially affected by the outcome of this proceeding: Ramius Capital Group LLC, Diker
7 Management LLC, ZF Partners, LP (major shareholders in plaintiff I-many, Inc.)

9 Dated: December 11, 2007

10                 THELEN REID BROWN RAYSMAN & STEINER LLP

12              By     /s/
                    Keith L. Slenkovich
13                  Tomomi Harkey

                    Attorneys for plaintiff I-many, Inc.

SV #322410 v1                    -1-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. C 07-05149 CW