1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  SONGMEE CONNOLLY (CSB NO. 228555)
   sconnolly@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA 94041
5  Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
6
7  BRIAN W. CARVER (CSB NO. 244878)
   bcarver@fenwick.com
   FENWICK & WEST LLP
8  555 California Street, 12th Floor
   San Francisco, CA 94104
9  Telephone:   (415) 875-2300
   Facsimile:   (415) 281-1350
10
11 Attorneys for Defendant
   MODEL N, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| I-MANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MODEL N, INC., <br><br> Defendant. | Case No. C 07-05149 CW <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Date:  January 15, 2008 <br> Time:  2:00 p.m. <br> Dept:  Courtroom 2 <br> Judge: Honorable Claudia Wilken |

1  WHEREAS, an initial Case Management Conference has been set for **January 15, 2008** in the above-entitled action pursuant to the Court's October 5, 2007 Order Setting Initial Case Management Conference and ADR Deadlines ("October 5, 2007 Order");

4  WHEREAS, pursuant to the October 5, 2007 Order, the parties last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement is **January 8, 2008**;

7  WHEREAS, since October 2007 through the present, the parties' respective lead counsel have been engaged in over a dozen ongoing settlement communications by email and telephone to resolve this dispute without further formal litigation;

10  WHEREAS, in furtherance of the parties' good faith settlement efforts Defendant has provided Plaintiff informal discovery, including information on the duration of its use of Google's AdWords program and related analytics reflecting users that have accessed Defendant's website through use of the certain keywords;

14  WHEREAS, settlement discussions were delayed due to the various schedules of the parties and their respective counsel, including without limitation the various Thanksgiving, Christmas and New Year's holidays;

17  WHEREAS, the parties intend to continue their good faith efforts to settle this dispute without incurring additional attorneys' fees and costs and anticipate resolution, if any, will be reached over the course of the next several weeks;

20  WHEREAS, the parties in good faith believe that continuing the initial case management conference and related deadlines would allow the parties to continue focusing on their settlement discussions and would assist in facilitating settlement of this matter;

23  WHEREAS, the parties in good faith believe that continuing the initial case management conference and related deadlines set forth above would maximize judicial economy and this Court's time;

26  ACCORDINGLY, Plaintiff I-many and Defendant Model N, by and through their counsel of record, all subject to the approval of this Court, hereby stipulate as follows:

28  / / /

The parties have met and conferred in good faith and stipulate to extend the initial Case Management Conference and related deadlines as follows:

| Deadline | Event |
| --- | --- |
| February 5, 2008 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| February 5, 2008 | Last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| February 19, 2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement |
| February 26, 2008, 2:00 p.m. | Initial Case Management Conference |

Dated: January 3, 2008

FENWICK & WEST LLP

By: /s Rodger R. Cole
       Rodger R. Cole

Attorneys for Defendant
MODEL N, INC.

Dated: January 3, 2008

THELEN REID BROWN RAYSMAN & STEINER LLP

By: /s Keith L. Slenkovich
       Keith L. Slenkovich

Attorneys for Plaintiff
I-MANY, INC.

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the signatory, Keith L. Slenkovich, indicated by a "conformed" signature (/s) within this efiled document.

By: /s Rodger R. Cole
       Rodger R. Cole

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January __, 2008

By:_____
The Honorable Claudia Wilken
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED]
ORDER CONTINUING INITIAL CMC

4

CASE NO. C 07-05149 CW