RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
SONGMEE CONNOLLY (CSB NO. 228555)
sconnolly@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200

BRIAN W. CARVER (CSB NO. 244878)
bcarver@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendant
MODEL N, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| I-MANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MODEL N, INC., <br><br> Defendant. | Case No. C 07-05149 CW <br><br> **STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Date:  January 15, 2008 <br> Time:  2:00 p.m. <br> Dept:  Courtroom 2 <br> Judge: Honorable Claudia Wilken |

**STIPULATION AND [PROPOSED]
ORDER CONTINUING INITIAL CMC**                                    **CASE NO. C 07-05149 CW**

1    WHEREAS, an initial Case Management Conference has been set for **January 15, 2008**
2    in the above-entitled action pursuant to the Court's October 5, 2007 Order Setting Initial Case
3    Management Conference and ADR Deadlines ("October 5, 2007 Order");

4    WHEREAS, pursuant to the October 5, 2007 Order, the parties last day to file Rule 26(f)
5    Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case
6    Management Statement is **January 8, 2008**;

7    WHEREAS, since October 2007 through the present, the parties' respective lead counsel
8    have been engaged in over a dozen ongoing settlement communications by email and telephone
9    to resolve this dispute without further formal litigation;

10   WHEREAS, in furtherance of the parties' good faith settlement efforts Defendant has
11   provided Plaintiff informal discovery, including information on the duration of its use of
12   Google's AdWords program and related analytics reflecting users that have accessed Defendant's
13   website through use of the certain keywords;

14   WHEREAS, settlement discussions were delayed due to the various schedules of the
15   parties and their respective counsel, including without limitation the various Thanksgiving,
16   Christmas and New Year's holidays;

17   WHEREAS, the parties intend to continue their good faith efforts to settle this dispute
18   without incurring additional attorneys' fees and costs and anticipate resolution, if any, will be
19   reached over the course of the next several weeks;

20   WHEREAS, the parties in good faith believe that continuing the initial case management
21   conference and related deadlines would allow the parties to continue focusing on their settlement
22   discussions and would assist in facilitating settlement of this matter;

23   WHEREAS, the parties in good faith believe that continuing the initial case management
24   conference and related deadlines set forth above would maximize judicial economy and this
25   Court's time;

26   ACCORDINGLY, Plaintiff I-many and Defendant Model N, by and through their counsel
27   of record, all subject to the approval of this Court, hereby stipulate as follows:
28   ///

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CMC**     2     **CASE NO. C 07-05149 CW**

1   The parties have met and conferred in good faith and stipulate to extend the initial Case
2   Management Conference and related deadlines as follows:

| **Deadline** | **Event** |
| --- | --- |
| February 5, 2008 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| February 5, 2008 | Last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| February 19, 2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement |
| February 26, 2008, 2:00 p.m. | Initial Case Management Conference |

Dated: January 3, 2008               FENWICK & WEST LLP


                                     By:      /s Rodger R. Cole
                                               Rodger R. Cole

                                     Attorneys for Defendant
                                     MODEL N, INC.

Dated: January 3, 2008               THELEN REID BROWN RAYSMAN &
                                     STEINER LLP


                                     By:      /s Keith L. Slenkovich
                                               Keith L. Slenkovich

                                     Attorneys for Plaintiff
                                     I-MANY, INC.

   Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the signatory, Keith L. Slenkovich, indicated by a "conformed" signature (/s) within this efiled document.

                                     By:   /s Rodger R. Cole
                                            Rodger R. Cole

**STIPULATION AND [PROPOSED]
ORDER CONTINUING INITIAL CMC**           3                    **CASE NO. C 07-05149 CW**

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  **ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: January _7_, 2008           By: _____
                                          The Honorable Claudia Wilken
4                                         United States District Court Judge

5

6

7

...

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**STIPULATION AND [PROPOSED]
ORDER CONTINUING INITIAL CMC**          4          **CASE NO. C 07-05149 CW**