UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I-MANY, INC.,
        Plaintiff(s),

Case No. C07 05149 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

MODEL N. INC.
        Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/6/08

/s/ Robert G. Schwartz
[Party]
I-Many, Inc.

Dated: 2/6/08

/s/ Keith L. Slenkovich
[Counsel]
Thelen Reid Brown Raysman
& Steiner, LLP

American LegalNet, Inc.
www.USCourtForms.com

Rev. 12/05