1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  SONGMEE CONNOLLY (CSB NO. 228555)
   sconnolly@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:   (650) 988-8500
   Facsimile:    (650) 938-5200
6
   BRIAN W. CARVER (CSB NO. 244878)
7  bcarver@fenwick.com
   FENWICK & WEST LLP
8  555 California Street, 12th Floor
   San Francisco, CA  94104
9  Telephone:   (415) 875-2300
   Facsimile:    (415) 281-1350
10
   Attorneys for Defendant
11 MODEL N, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| I-MANY, INC., | Case No.  C 07-05149 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| MODEL N, INC., | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**     **CASE NO. C 07-05149 CW**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5: The parties agree to participate in private mediation. The parties agree to hold the private mediation within 90 days from the date of this order.

Dated: February 6, 2008         FENWICK & WEST LLP

                                By:    /s/ Brian W. Carver
                                       Brian W. Carver

                                Attorneys for Defendant
                                MODEL N, INC.

Dated: February 6, 2008         THELEN REID BROWN RAYSMAN & STEINER LLP

                                By:    /s/ Tomomi Harkey
                                       Tomomi Harkey

                                Attorneys for Plaintiff
                                I-MANY, INC.

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the signatory, Tomomi Harkey, indicated by a "conformed" signature (/s/) within this efiled document.

                                By:    /s/ Brian W. Carver
                                       Brian W. Carver

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to private mediation. The deadline for completion of the private mediation is 90 days from the date of this Order.

**IT IS SO ORDERED**.

Dated: February ___, 2008       By:
                                       The Honorable Claudia Wilken
                                       United States District Court Judge

25467/00401/LIT/1279997.1

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**     2     **CASE NO. C 07-05149 CW**