IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I-MANY, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>MODEL N, INC.,<br><br>      Defendant.                / | No. C 07-5149 CW<br><br>CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |

    Notice is hereby given that the Case Management Conference, previously set for February 26, 2008, is continued to **March 18, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  A joint Case Management Statement will be due one week prior to the conference.

Dated: 2/7/08

                                         *Sheilah Cahill*
                                     SHEILAH CAHILL
                                     Deputy Clerk