1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  SONGMEE CONNOLLY (CSB NO. 228555)
   sconnolly@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA 94041
5  Telephone:   (650) 988-8500
   Facsimile:   (650) 938-5200
6
   BRIAN W. CARVER (CSB NO. 244878)
7  bcarver@fenwick.com
   FENWICK & WEST LLP
8  555 California Street, 12th Floor
   San Francisco, CA 94104
9  Telephone:   (415) 875-2300
   Facsimile:   (415) 281-1350
10
   Attorneys for Defendant
11 MODEL N, INC.

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                          OAKLAND DIVISION
15

16 I-MANY, INC.,                    Case No. C 07-05149 CW
17              Plaintiff,          **STIPULATION AND [PROPOSED]**
18 v.                               **ORDER SELECTING ADR PROCESS**
19 MODEL N, INC.,
20              Defendant.
21

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**STIPULATION AND [PROPOSED]**
**ORDER SELECTING ADR PROCESS**                              **CASE NO. C 07-05149 CW**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5: The parties agree to participate in private mediation. The parties agree to hold the private mediation within 90 days from the date of this order.

Dated: February 6, 2008          FENWICK & WEST LLP

By:   /s/ Brian W. Carver
      Brian W. Carver

Attorneys for Defendant
MODEL N, INC.

Dated: February 6, 2008          THELEN REID BROWN RAYSMAN & STEINER LLP

By:   /s/ Tomomi Harkey
      Tomomi Harkey

Attorneys for Plaintiff
I-MANY, INC.

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the signatory, Tomomi Harkey, indicated by a "conformed" signature (/s/) within this efiled document.

By:   /s/ Brian W. Carver
      Brian W. Carver

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to private mediation. The deadline for completion of the private mediation is 90 days from the date of this Order.

**IT IS SO ORDERED**.

Dated: February 11, 2008          By: _____
                                  The Honorable Claudia Wilken
                                  United States District Court Judge

25467/00401/LIT/1279997.1

**STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS**           2           **CASE NO. C 07-05149 CW**