1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  SONGMEE CONNOLLY (CSB NO. 228555)
   sconnolly@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
6
   BRIAN W. CARVER (CSB NO. 244878)
7  bcarver@fenwick.com
   FENWICK & WEST LLP
8  555 California Street, 12th Floor
   San Francisco, CA  94104
9  Telephone:    (415) 875-2300
   Facsimile:    (415) 281-1350
10
   Attorneys for Defendant
11 MODEL N, INC.

12
                            UNITED STATES DISTRICT COURT
13
                          NORTHERN DISTRICT OF CALIFORNIA
14
                                   OAKLAND DIVISION
15

16  I-MANY, INC.,                          Case No.  C 07-05149 CW
17                Plaintiff,               **ADR CERTIFICATION BY DEFENDANT
                                           AND COUNSEL**
18  v.
19  MODEL N, INC.,
20                Defendant.
21

22

23

24

25

26

27

28

**ADR CERTIFICATION**                                              **CASE NO. C 07-05149 CW**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

(1) read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" from the Court's ADR Internet site;

(2) discussed the available dispute resolution options provided by the Court and private entities; and

(3) considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 17, 2008                    FENWICK & WEST LLP

By:    /s/ Rodger R. Cole
       Rodger R. Cole

Attorneys for Defendant
MODEL N, INC.

Dated: March 17, 2008                    MODEL N, INC.

By:    /s/ Mark Tisdel
       Mark Tisdel

Vice President, Finance, MODEL N, INC.

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the signatory, Mark Tisdel, indicated by a "conformed" signature (/s/) within this efiled document.

By:    /s/ Rodger R. Cole
       Rodger R. Cole

25467/00401/LIT/1280012.1

ADR CERTIFICATION                    2                    CASE NO. C 07-05149 CW