1 | KEITH L. SLENKOVICH, CA BAR NO. 129793
kslenkovich@thelen.com
2 | TOMOMI HARKEY, CA BAR NO. 244886
tharkey@thelen.com
3 | THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
4 | San Jose, CA  95113
5 | Telephone: (408) 292–5800
Facsimile:  (408) 287–8040
6
7 | Attorneys for Plaintiff
I-many, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| I-MANY, INC.,<br>a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MODEL N, INC.,<br>a Delaware corporation,<br><br>　　　　Defendant. | Case No.: C 07-05149 CW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL** |

SV #345611 v1

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**
Case No.: c 07-05149 CW

1  WHEREAS the parties hereto have entered into a confidential settlement agreement, and
2  the parties desire to dismiss this action in its entirety,
3  IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that,
4  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action may be dismissed with prejudice as to all
5  parties and all causes of action.  All parties shall bear their own costs and attorneys' fees incurred
6  in connection with this matter.
7  IT IS SO STIPULATED.

Dated: June 6, 2008                              THELEN REID BROWN RAYSMAN & STEINER

                                                 By:       /s/ *Keith L. Slenkovich*
                                                       Keith L. Slenkovich
                                                       Tomomi Harkey

                                                       Attorneys for Plaintiff I-many, Inc.


Dated: May 29, 2008                              FENWICK & WEST LLP

                                                 By:       /s/ *Rodger R. Cole*
                                                       Rodger R. Cole
                                                       Songmee Connolly
                                                       Brian W. Carver

                                                       Attorneys for Defendant Model N, Inc.

    Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained
concurrence of the signatory, Rodger R. Cole, indicated by a "conformed" signature (/s/) within
this efiled document.

                                                 By:      /s/ *Keith L. Slenkovich*
                                                       Keith L. Slenkovich

## **ORDER**

1

2    IT IS HEREBY ORDERED that the above-referenced action is hereby dismissed with

3    prejudice, each party to bear its own fees and costs.

4

5

DATE:_____

6                                              _____
                                                The Honorable Claudia Wilken
7                                               JUDGE OF THE UNITED STATES DISTRICT
                                                COURT FOR THE NORTHERN DISTRICT OF
                                                CALIFORNIA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28