1  KEITH L. SLENKOVICH, CA BAR NO. 129793
   kslenkovich@thelen.com
2  TOMOMI HARKEY, CA BAR NO. 244886
   tharkey@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   225 West Santa Clara Street, Suite 1200
4  San Jose, CA  95113
5  Telephone: (408) 292–5800
   Facsimile:  (408) 287–8040
6
   Attorneys for Plaintiff
7  I-many, Inc.

8

9

10                    UNITED STATES DISTRICT COURT
11              FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                          OAKLAND DIVISION
13

14 | I-MANY, INC.,                  | Case No.: C 07-05149 CW
   | a Delaware corporation,        |
15 |                                |
   |            Plaintiff,          | **STIPULATION AND ORDER OF**
16 |                                | **DISMISSAL**
   |      vs.                       |
17 |                                |
   | MODEL N, INC.,                 |
18 | a Delaware corporation,        |
19 |            Defendant.          |

20

21

22

23

24

25

26

27

28

SV #345611 v1

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**
Case No.: c 07-05149 CW

1  WHEREAS the parties hereto have entered into a confidential settlement agreement, and
2  the parties desire to dismiss this action in its entirety,
3  IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that,
4  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action may be dismissed with prejudice as to all
5  parties and all causes of action.  All parties shall bear their own costs and attorneys' fees incurred
6  in connection with this matter.
7  IT IS SO STIPULATED.

Dated:  June 6, 2008                                    THELEN REID BROWN RAYSMAN & STEINER

                                                        By:     /s/ *Keith L. Slenkovich*
                                                            Keith L. Slenkovich
                                                            Tomomi Harkey

                                                            Attorneys for Plaintiff I-many, Inc.


Dated:  May 29, 2008                                    FENWICK & WEST LLP

                                                        By:     /s/ *Rodger R. Cole*
                                                            Rodger R. Cole
                                                            Songmee Connolly
                                                            Brian W. Carver

                                                            Attorneys for Defendant Model N, Inc.

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the signatory, Rodger R. Cole, indicated by a "conformed" signature (/s/) within this efiled document.

                                                        By:     /s/ *Keith L. Slenkovich*
                                                                Keith L. Slenkovich

**ORDER**

IT IS HEREBY ORDERED that the above-referenced action is hereby dismissed with prejudice, each party to bear its own fees and costs.

DATE: 6/27/08

_____
The Honorable Claudia Wilken
JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA